```
                                              FILED: APRIL 21, 2008
                                              08CV2259        JH
        UNITED STATES DISTRICT COURT  JUDGE PALLMEYER
        NORTHERN DISTRICT OF ILLINOIS MAGISTRATE JUDGE BROWN
```

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case

**Christopher D. Shurland, individually and as the representative of a class of similarly-situated persons v. Bacci Café & Pizzeria on Ogden Inc., and Does 1-10**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**Bacci Café & Pizzeria on Ogden Inc.**

| SIGNATURE *[signature]* | |
|---|---|
| FIRM  SMITHAMUNDSEN, LLC | |
| STREET ADDRESS  150 NORTH MICHIGAN AVENUE, SUITE 3300 | |
| CITY/STATE/ZIP  CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6181345 | TELEPHONE NUMBER  (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNEL IN THIS CASE?   YES /x /    NO / / | |
| ARE YOU ACTING AS LOCAL COUNEL IN THIS CASE?   YES /x /    NO / / | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES /x /    NO / / | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES /x /    NO / / | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL / /                    APPOINTED COUNSEL / / | |