**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER D. SHURLAND,<br>individually and as the representative<br>of a class of similarly-situated persons,<br><br>       Plaintiff,<br><br>       vs.<br><br>BACCI CAFÉ & PIZZERIA ON OGDEN<br>INC., and DOES 1-10,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>Judge: |

```
FILED: APRIL  21,  2008
08CV2259       JH
JUDGE PALLMEYER
MAGISTRATE JUDGE BROWN
```

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 21st day of April 2008, she served the Defendant, Bacci Café & Pizzeria on Ogden Inc.'s **Notice of Removal to Federal Court Based on Federal Question Jurisdiction, Notice of Filing of Removal to Federal Court,** and **Appearances** on:

| | |
|---|---|
| Brian J. Wanca<br>Ryan M. Kelly<br>Anderson & Wanca<br>3701 Algonquin Road, Suite 760<br>Rolling Meadows, IL 60008 | Phillip A. Bock<br>Bock & Hatch LLC<br>134 N. LaSalle Street, Suite 1000<br>Chicago, IL 60602 |

via first class mail by depositing same into an envelope properly sealed and with proper postage prepaid, into the U.S. Mail at 150 North Michigan, Chicago, Illinois before 5:00 p.m., on the 21st day of April, 2008.

    [x]    Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: April 21, 2008.

_Molly A. Arranz_

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
Darren P. Grady, ARDC # 6289608
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR BACCI CAFÉ & PIZZERIA
ON OGDEN, INC.