08 cv 2259                                                                                               3006974-ELS/MAA/DPG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER D. SHURLAND, individually and as the representative of a class of similarly-situated persons, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 08 cv 2259 |
| BACCI CAFÉ & PIZZERIA ON OGDEN INC., and DOES 1-10, ) ) ) | Judge Pallmeyer |
| Defendants. ) ) | Mag. Judge Brown |

## NOTICE OF MOTION

TO:   Brian J. Wanca                                  Phillip A. Bock
      Ryan M. Kelly                                   Bock & Hatch LLC
      Anderson & Wanca                                134 N. LaSalle Street, Suite 1000
      3701 Algonquin Road, Suite 760                  Chicago, IL  60602
      Rolling Meadows, IL 60008

**PLEASE TAKE NOTICE THAT** on **May 1, 2008, at 8:45 a.m.**, we shall appear before the **Honorable Judge Pallmeyer** in **Room 2119**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **BACCI CAFÉ & PIZZERIA ON OGDEN INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** a copy which is hereby served upon you.

                              By:   /s/ Darren P. Grady
                                    Attorneys for **BACCI CAFÉ & PIZZERIA ON OGDEN INC.**
                                    SMITH AMUNDSEN, LLC
                                    150 North Michigan Avenue, Suite 3300
                                    Chicago, Illinois 60601
                                    (312) 894-3200
                                    ARDC No.: 6289608

Dated: April 28, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of April 2008, he served a **Notice of Motion** and the Defendant, Bacci Café & Pizzeria on Ogden Inc.'s **Motion to Dismiss Pursuant to Federal Rule Civil Procedure 12(b)(6)** on:

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| Ryan M. Kelly | Diab & Bock, LLL |
| Anderson & Wanca | 20 N. Wacker Drive |
| 3701 Algonquin Road, Suite 760 | Suite 1741 |
| Rolling Meadows, IL 60008 | Chicago, IL 60606 |

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]　Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: April 28, 2008

　　　/s/ Darren P. Grady　　

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
Darren P. Grady, ARDC#6289608
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR JOHN TOMASSONE