08 cv 2259                                                                          3006974-ELS/MAA/DPG

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER D. SHURLAND, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 08 cv 2259 |
| BACCI CAFÉ & PIZZERIA ON OGDEN INC., and DOES 1-10, | ) ) ) | Judge Pallmeyer |
| Defendants. | ) ) ) | Mag. Judge Brown |

## NOTICE OF MOTION

TO:   Brian J. Wanca                              Phillip A. Bock
            Ryan M. Kelly                              Bock & Hatch LLC
            Anderson & Wanca                 134 N. LaSalle Street, Suite 1000
            3701 Algonquin Road, Suite 760    Chicago, IL 60602
            Rolling Meadows, IL 60008

       **PLEASE TAKE NOTICE THAT** on **May 1, 2008, at 8:45 a.m.**, we shall appear before the **Honorable Judge Pallmeyer** in **Room 2119**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **BACCI CAFÉ & PIZZERIA ON OGDEN INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** a copy which is hereby served upon you.

                                  By:    /s/ Darren P. Grady
                                           Attorneys for **BACCI CAFÉ & PIZZERIA ON OGDEN INC.**
                                           SMITH AMUNDSEN, LLC
                                           150 North Michigan Avenue, Suite 3300
                                         Chicago, Illinois 60601
                                         (312) 894-3200
                                         ARDC No.: 6289608

Dated: April 28, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of April 2008,  he served a **Notice of Motion** and the Defendant, Bacci Café & Pizzeria on Ogden Inc.'s **Motion to Dismiss Pursuant to Federal Rule Civil Procedure 12(b)(6)** on:

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| Ryan M. Kelly | Diab & Bock, LLL |
| Anderson & Wanca | 20 N. Wacker Drive |
| 3701 Algonquin Road, Suite 760 | Suite 1741 |
| Rolling Meadows, IL 60008 | Chicago, IL  60606 |

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]    Pursuant to 28 USC Section 1746(2),
I certify under penalty of perjury that
the foregoing is true and correct.
Executed on:  April 28, 2008

_____/s/ Darren P. Grady_____

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
Darren P. Grady, ARDC#6289608
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR JOHN TOMASSONE