# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer    *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2259 | **DATE** | 5/1/2008 |
| **CASE TITLE** | Christopher D. Shurland vs. Bacci Café & Pizzeria on Ogden, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. As paragraph 16 of the complaint is adequate to state a claim under the FACTA, Bacci Café & Pizzeria on Ogden Inc.'s motion to dismiss pursuant to FED.R.CIV.P. 12(b)(6) [14] is denied without prejudice. Defendant to answer on or before 5/15/2008. The parties are directed to appear through lead counsel for a pretrial conference pursuant to FED. R. CIV. P. 16. on 5/29/2008 at 9:00. Counsel are requested promptly to meet face-to-face for a discussion of possible settlement and for preparation of a planning report. The form is accessible from the court's Internet site, www.ilnd.uscourts.gov. Such report shall be submitted to Judge Pallmeyer in chambers no later than two business days prior to the conference. Status hearing set for 6/11/2008 is stricken.

Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|