# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2259 | **DATE** | 5/12/2008 |
| **CASE TITLE** | Christopher D. Shurland vs. Bacci Café & Pizzeria On Ogden Inc., et al | | |

**DOCKET ENTRY TEXT**

Defendant's motion for entry of agreed protective order [18] granted. The parties are reminded that they must seek court approval before filing any material under seal. Enter Agreed Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | ETV |
|---|---|---|