Case No. 08 CV 2259                                                            3006974 ELS/MAA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER D. SHURLAND, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>BACCI CAFÉ & PIZZERIA ON OGDEN INC., and DOES 1-10,<br><br>Defendants. | Case No. 08 CV 2259<br><br>Judge Pallmeyer<br><br>Mag. Judge Brown |

### DEFENDANT'S MOTION TO WITHDRAW

NOW COMES, Defendant, BACCI CAFÉ & PIZZERIA ON OGDEN, INC., by and through its attorneys, Eric L. Samore and Darren P. Grady, and respectfully moves for leave to withdraw its 9th and 10th Affirmative Defenses without prejudice.

**WHEREFORE**, Defendant, BACCI CAFÉ & PIZZERIA ON OGDEN, INC., respectfully requests leave to withdraw the 9th and 10th Affirmative Defenses, without prejudice.

Respectfully submitted,

SMITHAMUNDSEN LLC

By: /s/ Eric L. Samore
Attorneys for Defendant
BACCI CAFÉ & PIZZERIA ON OGDEN, INC.

Eric L. Samore, ARDC # 6181345
Darren P. Grady ARDC # 6289608
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200