08 cv 2259                                                                                              3006974-ELS/MAA/DPG

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER D. SHURLAND, individually and as the representative of a class of similarly-situated persons,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>BACCI CAFÉ & PIZZERIA ON OGDEN INC., and DOES 1-10,  )<br><br>Defendants.  ) | Case No. 08 cv 2259<br><br>Judge Pallmeyer<br><br>Mag. Judge Brown |

## NOTICE OF MOTION

TO:  Brian J. Wanca                          Phillip A. Bock
     Ryan M. Kelly                           Bock & Hatch LLC
     Anderson & Wanca                        134 N. LaSalle Street, Suite 1000
     3701 Algonquin Road, Suite 760          Chicago, IL 60602
     Rolling Meadows, IL 60008

**PLEASE TAKE NOTICE THAT** on **June 17, 2008, at 8:45 a.m.**, we shall appear before the **Honorable Judge Pallmeyer** in **Room 2119**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **BACCI CAFÉ & PIZZERIA ON OGDEN INC.'S MOTION TO WITHDRAW,** a copy which is hereby served upon you.

                                    By:  /s/ Eric L. Samore
                                         Attorneys for **BACCI CAFÉ & PIZZERIA ON OGDEN INC.**
                                         SMITH AMUNDSEN, LLC
                                         150 North Michigan Avenue, Suite 3300
                                         Chicago, Illinois 60601
                                         (312) 894-3200
                                         ARDC No.: 6181345

Dated: June 10, 2008

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of June 2008, he served a **Notice of Motion** and the Defendant, Bacci Café & Pizzeria on Ogden Inc.'s **Motion to Withdraw** on:

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| Ryan M. Kelly | Diab & Bock, LLL |
| Anderson & Wanca | 20 N. Wacker Drive |
| 3701 Algonquin Road, Suite 760 | Suite 1741 |
| Rolling Meadows, IL 60008 | Chicago, IL 60606 |

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]   Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct.
Executed on: June 10, 2008

_/s/ Eric L. Samore_

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
Darren P. Grady, ARDC# 6289608
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200