IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER D. SHURLAND, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) No. 08 CV 2259<br>) Judge Pallmeyer<br>) Magistrate Judge Brown |
| BACCI CAFÉ & PIZZERIA ON ODGEN, INC., and DOES 1-10, | )<br>) |
| Defendant. | ) |

### REPORT OF PARTIES PLANNING MEETING

1. **Meeting**
Pursuant to Fed. R. Civ. P. 26(f), a telephonic meeting was held telephonically on May 7, 2008 and was attended by Brian J. Wanca, one of the attorneys for Plaintiff, and Eric Samore, one of the attorneys for Defendant.

2. **Pre-Trial Schedule**
The parties jointly propose to the court the following discovery plan:

    (a) Rule 23 Discovery will be needed on the following subjects: numerosity, commonality, typicality, and whether Defendant knowingly violated the Fair and Accurate Credit Transactions Act.

    (b) Disclosures pursuant to Fed. R. Civ. P. 26(a)(i) have been made by Plaintiff and Defendant's disclosures to be made by June 22, 2008. All Rule 23 fact discovery to commence in time to be completed by January 30, 2009.

    (c) The parties expect they will need approximately 10 depositions.

    (d) The need for opinion witnesses for Plaintiff's Rule 23 motion will be discussed at a status in February, 2009.

    (e) Parties should be allowed until January 30, 2009 to join additional parties and to amend the pleadings.

    (f) Plaintiff's Rule 23 motion will be scheduled upon the conclusion of Rule 23 fact discovery.

3. **Settlement**
Plaintiff has made a written settlement demand to Defendant dated June 3, 2008. The parties have discussed settlement and do not believe that a pretrial conference with the court at this time would be beneficial because they are still in the process of gathering information and investigating the underlying merits.

4. **Consent**
The parties do not consent unanimously to proceed before a Magistrate Judge at this time.

Dated this \_\_\_\_ date of June, 2008.

_____          _____
Brian J. Wanda                                           Eric Samore
One of the Attorneys for Plaintiff              One of the Attorneys for Defendant

2