# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2259 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Christopher D. Shurland vs. Bacci Café & Pizzeria on Ogden, Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's motion to withdraw [23] granted. Defendant's 9th and 10th affirmative defenses are withdrawn.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|