## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Christopher D. Shurland

                         Plaintiff,

v.                                                     Case No.:
                                                    1:08−cv−02259

                                                    Honorable Rebecca R. Pallmeyer

Bacci Cafe & Pizzeria on Ogden, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Discovery hearing held on 6/12/2008, Plaintiff is given to and including 1/30/2009 to amend all pleadings, and to 1/30/2009 to add any additional parties. Defendant is given to and including 1/30/2009 to amend all pleadings, and to 1/30/2009 to add any additional parties. Fact discovery ordered closed by 1/30/2009. Status hearing set for 9/2/2008 at 09:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.