1          Q.   So this was not a document that was sent

2     to the customer, correct?

3          A.   Correct.

4          Q.   Do you know why you wrote this

5     handwritten -- these handwritten notes on or about

6     April 28, 2006?

7          A.   Because I faxed this document to them to

8     get the information truncated, and I wrote what I

9     wanted them to do and I put the date and time on it.

10         Q.   Do you believe that this reflects the fact

11    that you had already talked to the customer about

12    truncating on their machine?

13         A.   Yes.

14         Q.   If you had talked to the customer about

15    truncating on their machine on April 28, 2006, would

16    you have included that in the notes for the

17    customer?

18         A.   In a perfect world, yes. I can't say for

19    sure whether I did or not.  I -- you know, I don't

20    see those notes.

21         Q.   As you sit here today, do you have a

22    specific recollection of having talked to anybody at

23    Bacci Cafe on April 28, 2006 or about that date

24    regarding truncating on their machine?

1          A.   No, I don't.

2          Q.   And again, this was something -- the

3     truncating on their machine was not something that

4     you could do from your desk in Illinois?  You had to

5     actually send this notation to the processing center

6     in Arizona?

7          A.   They had to do the work in Arizona, push

8     all the buttons.  Then I would talk to the customer

9     again.  They would hit the button.  Initialize.  It

10    would make the phone call.  And then it would pick

11    up the parameters.

12              Whether it worked or not, you know, it's

13    hit or miss because it's a computer thing over the

14    phone, you know, so I couldn't tell you for sure

15    whether it worked or not.

16         Q.   Okay.  And as you sit here today, you

17    have --

18              MR. NORA:  Objection.  Has the Witness

19    finished his answer?

20              MS. ARRANZ:  Sorry.

21              THE WITNESS:  Yes, I'm fine.  Thank you,

22    sir.

23    BY MS. ARRANZ:

24         Q.   As you sit here today, you don't have any

```
 1    personal knowledge what would have happened after

 2    you indicated to the folks in Arizona that they

 3    needed to truncate.  You have no personal knowledge

 4    what happened thereafter, correct?

 5         A.   No.

 6         Q.   I am correct?

 7         A.   You are correct.

 8         Q.   Is it possible, Mr. Porch, that you could

 9    have sent this information to Arizona before you

10    contacted the customer regarding truncating on their

11    machine?

12              MR. NORA:  Objection to the speculative

13    element.

14              THE WITNESS:  I -- I don't know.  I really

15    couldn't tell you one way or another.  You know, it

16    was a lot of phone calls.

17    BY MS. ARRANZ:

18         Q.   Okay.  But it is a possibility that you

19    would have, for example, sent a note like this to

20    Arizona to the processing center regarding

21    truncating without having spoken to the customer

22    first, correct?

23         A.   I would have talked to the customer to let

24    them know they had to truncate their machine before
```

1    I would have sent this off.

2           Q.    Let me ask you a separate question.    Do

3    you know if you could have made these handwritten

4    notes on April 28, 2006, regarding truncating for

5    yourselves or for folks at National Translink and

6    not faxed it on to Arizona?

7           A.    No because when I faxed it, I would write

8    the date again.    That is why the date is up there

9    twice.    Time when I talked to him was 10:55 a.m. and

10   then I show that I faxed it.    I put the -- my

11   initials and the date.

12          Q.    Do you know why National Translink would

13   have a copy then of this document in its files?

14          A.    I imagine to protect themselves on all the

15   truncation.    I'm sure they have it on a lot of

16   customers.    Anybody I did send a MCMTER on, I put it

17   in the file.

18          Q.    Okay.    So you would make a copy for the

19   file and fax it on --

20          A.    Once I faxed it, I would take that copy

21   and I put it in their file or to be filed -- in the

22   bin to be filed in people's file because if it was

23   sent on -- I have my name on it.    I put it in the

24   to-be-filed-bin.

1          MR. ANDREOLI:  I'm going to make a

2     foundation objection with respect to the prior

3     question dealing with why National Translink would

4     want this document in its file.

5     BY MS. ARRANZ:

6          Q.    In looking at this Page 47, do you know

7     whether or not Bacci Cafe would have been one of the

8     companies on that list you were telling me about?

9          A.    I couldn't tell you for sure whether they

10    were on or not.  I knew there was a list, but there

11    is -- Like I said, there was quite a few people on

12    there.

13         Q.    Did you make any notations on the list

14    that you had with these customer names, any notation

15    after you had spoken to somebody at -- at the

16    company regarding truncation?

17         A.    On the list that I had, I would write down

18    if I talked to them and put my initials.  I mean, if

19    it was done, I'm sure I wrote done on it.

20              And could I use the rest room?

21              MS. ARRANZ:  Yeah, let's take a break.

22              (Whereupon, a brief recess was

23              taken.)

24

George E. Rydman & Assoc., Joliet, Illinois (815) 727-4363

1    BY MS. ARRANZ:

2        Q.    Before we took our break, you were

3    speaking a little bit -- we were talking about that

4    list that you got from National Translink with those

5    customers that you were supposed to contact

6    regarding truncation.

7            You stated that from your recollection

8    what you would have done with that list that you had

9    of customers was that you would write down if you

10   talked to them with your initials and potentially

11   put down done next to it or something like that?

12       A.    Or something to that sort, yes.

13       Q.    And that is your best recollection of what

14   you did with the list that you received regarding,

15   you know, contacting customers?

16       A.    Yes.

17       Q.    Also if you would look at the next page on

18   Exhibit 4, it's Page 48.  Look through that and then

19   we are going to talk about that page in a little bit

20   more detail, but look at it first.

21       A.    Okay.

22       Q.    Okay.  Now it looks to me like the

23   typewritten portion of Page 48 of Exhibit 4 is the

24   same as that previous Page 47; is that right?

George E. Rydman & Assoc., Joliet, Illinois (815) 727-4363

1        A.    Yes.

2        Q.    All right.   And then at the bottom there

3    is some more handwritten notes here.   Let me ask you

4    generally, though, why -- Strike that.

5             MR. NORA:   I object to the opinion on

6    whether they are the same and look the same.

7    BY MS. ARRANZ:

8        Q.    Okay.   As you sit here today --

9             MR. ANDREOLI:   Counsel, I apologize.

10   Doug, because you have both documents in front of

11   you -- you did that quickly.   Would you like to take

12   a minute and compare the two?   I'm not asking you

13   whether your opinion is the same or different.   I'm

14   just asking you --

15            THE WITNESS:   Yeah, let me take a minute

16   and look at it here and see if there is any

17   differences.

18            MR. ANDREOLI:   Okay.

19            THE WITNESS:   All the printed information

20   seems to be the same as the other here.

21   BY MS. ARRANZ:

22       Q.    Okay.   The quality of the typewritten

23   portions of these pages is different, though.   Do

24   you notice that?

1        A.    The font on the lettering?

2        Q.    Uh-huh.

3        A.    Yes.

4        Q.    In fact, on Page 48, there is -- It looks

5    to be if you look at the very, very bottom, under

6    the Bates number and under the handwritten notes, it

7    looks like there is what appears to be, like, fax

8    transmission information.   Do you see that?

9        A.    Yes.

10        Q.    Okay.   And that is -- That fax

11    transmission information is not on Page 47, correct?

12        A.    Correct.

13        Q.    But the information within the typewritten

14    notes, that is the same on Page 48 as it was on Page

15    47, correct?

16        A.    Correct.

17        Q.    Okay.   So this regards Bacci Pizzeria

18    again, correct?

19        A.    Correct.

20        Q.    And at the bottom there is handwriting.

21    Can you tell me whose handwriting this is at the

22    bottom of Page 48 of Exhibit 4, please?

23        A.    On the bottom or underneath the date

24    7/13/06.   "Please truncate.   Let me know when this

George E. Rydman & Assoc., Joliet, Illinois (815) 727-4363

1    is done so I can have them initialize, thanks,

2    Doug," is mine.

3        Q.    Okay.  Do you know whose handwritten note

4    it is that says, truncation is complete?  It looks

5    like somebody's signature, and then 7/14/06.  Do you

6    know whose handwritten notes those are?

7        A.    To know who they are personally?  No, it

8    would have to be someone in Arizona.

9        Q.    Do you know whose name is underneath

10   truncation is complete on Page 48?

11       A.    No.

12       Q.    And when you say it had to be somebody in

13   Arizona, you are talking about somebody that --

14       A.    Somebody in technical support in Arizona.

15       Q.    But as you sit here today, you have no

16   personal knowledge whether or not that handwritten

17   note was made by somebody in technical support in

18   Arizona, correct?

19       A.    I have no knowledge of who -- No.  It

20   looks like it was faxed back.  I have no knowledge

21   of who it is.

22       Q.    Do you know why you made this note,

23   "Please truncate, and let me know when done so I can

24   have them initialize, thanks, Doug"?  Do you know

1    why you made those handwritten notes?

2         A.    Because I faxed off the parameters and

3    they faxed it back to me.  We can call them and say

4    hit the initialize button.  That makes the machine

5    do a phone call, so if they hit it with a button on

6    the machine that says initialize, it will make a

7    phone call out and pick up any changes made.

8         Q.    So is this an instruction to somebody in

9    Arizona?  Please truncate and let me know when done

10   so I can have them initialize?

11        A.    Correct.

12        Q.    And you believe that this was a note that

13   you had faxed to somebody in Arizona on or about

14   July 13, 2006, correct?

15        A.    Correct.

16        Q.    Do you know, Doug, why -- I mean, we were

17   talking about Page 47, and you -- That is dated

18   April 28, 2006, and it says, please truncate,

19   thanks, Doug, but then three months -- almost three

20   months later, there is a separate note regarding

21   please truncate and let me know when done.

22             Do you know why you have these two

23   different handwritten notes on two different dates

24   regarding Bacci Cafe?

1          A.    It looks like it didn't take.   Their

2     truncation wasn't done when it was supposed to be

3     done, so we tried to do it again.

4               MR. ANDREOLI:  Objection to speculation.

5               THE WITNESS:  I mean, that's all I can

6     say.

7     BY MS. ARRANZ:

8          Q.    I'm just asking you --

9          A.    I don't know for sure why.   I just know

10    that the work order came across my desk again, so I

11    did it.

12         Q.    Okay.  So as you sit here today, I'm just

13    asking for your best understanding looking at these

14    notes.   I know it's been a couple years, so you

15    know, I'm just asking for your best understanding.

16    You've obviously given that to me, and you are

17    saying that you also think that probably what

18    happened is you got a work order that came across

19    your desk?

20         A.    Right.

21         Q.    What exactly would that have been?   What

22    do you mean by that?

23         A.    Someone called.

24         Q.    Okay.

1          A.    Or they called in and I wrote it up.  You

2     know, hey, my machine is not truncated, and I had to

3     go through the steps again to get it done.

4               You know, it's like I was handling the

5     customer service queue.

6          Q.    Okay.

7          A.    The phone rings.  You deal with it.  Then

8     you go on to the next thing.

9          Q.    Okay.  But you don't know one way or

10    another whether or not somebody called from the

11    restaurant regarding problems with truncation,

12    correct?

13         A.    I couldn't tell you one way or another.

14         Q.    And in fact, you don't know one way or

15    another if this was kind of a directive brought in

16    by somebody in Arizona, correct?

17         A.    I wouldn't -- No, I wouldn't know one way

18    or another where it came from.  I just --

19         Q.    And I know you were talking about the

20    calling in and the dialing in and that sort of thing

21    and that was the instruction for please truncate.

22              When you wrote this note, when you -- this

23    note, please truncate and let me know when done, you

24    said that it was a directive or request made to

1    Arizona, correct?

2         A.    Correct.

3         Q.    And what did you think was going to happen

4    after you sent this information or faxed this

5    information?

6         A.    That I would get a return fax and I would

7    call them and say hit initialize.

8         Q.    Okay.  Who would have to -- When you say,

9    hit initialize, who would have to initialize?

10        A.    The person who is standing by their credit

11   card machine.

12        Q.    So somebody --

13        A.    Somebody at Bacci Pizzeria or the business

14   would do it, would physically have to reach up into

15   the corner and hit a button that says initialize on

16   their credit card machine and let it make a phone

17   call out like you would download anything over a

18   modem.

19        Q.    I'm sorry.  So tell me if I'm wrong, and

20   I'm sure you will.  You send this fax saying, please

21   truncate and let me know when done so I can have

22   them initialize.  You believe you faxed that to

23   Arizona, correct?

24        A.    Correct.

1    Q.   Then you believe what had to happen next

2  was that they would make a notation, do something in

3  Arizona and fax something back to you, correct?

4    A.   Correct.

5    Q.   And at that point would you contact

6  somebody at the company to have them initialize?

7    A.   And I would call back to the company and

8  say, "Hi, I need you to hit the button on your

9  credit card machine."

10    Q.   Okay.  This notation of truncation is

11  complete, do you know what that means?  I know it's

12  not your handwriting.  I'm just asking for your best

13  understanding.

14    A.   This means that Arizona has put all the

15  necessary stuff into the program to make it only

16  show the last four numbers and that they are ready

17  to hit the initialize button.

18    Q.   Okay.  At this point from your

19  understanding when Arizona has done this change or

20  whatever they need to upload, has -- is the machine

21  that the company has, is it able at that point in

22  time to be able to truncate numbers, do you know?

23    A.   I don't know for sure.

24    Q.   Okay.

1        A.    There has been cases with machines that

2    you do the truncation, you hit the button and it

3    won't take.  At that point they need to replace it.

4        Q.    Okay.  But from your understanding there

5    needs to be something physically done by somebody at

6    the company, correct?

7        A.    Correct.

8        Q.    After this is done --

9        A.    Correct.

10       Q.    -- by Arizona?

11             As you sit here today, do you believe this

12   document, Page 48 of Exhibit 4, that this was a

13   document that you received back from Arizona by fax?

14       A.    Looking at -- seeing it's been initial --

15   it's been signed and dated.  Yeah, it looks like it,

16   especially from the fax number on the bottom or the

17   date.  It looks like it came back from Arizona.

18       Q.    Okay.  Do you know if you had any

19   conversations with anybody at Bacci Cafe on July 13

20   or July 14th regarding truncating of their -- Strike

21   that.

22             Do you know as you sit here today whether

23   or not you had any conversations with anybody at

24   Bacci Cafe regarding their machine truncating

1    numbers on either July 13, 2006 or July 14, 2006?

2         A.   I couldn't tell you one way or another.

3         Q.   As you sit here today, do you know whether

4    you had any conversations with anybody at the

5    processing center on July 13, 2006 or July 14, 2006,

6    regarding this particular machine?

7         A.   I couldn't recall at this point, no.

8         Q.   When you were working at National

9    Translink, would customers ever send in their

10   terminal for -- like physically send in their

11   terminals for reprogramming, do you know?

12        A.   There is times we would pick up a terminal

13   and bring it in or they would send it in and have

14   some work done on different types of terminals.

15        Q.   Were you involved in any of that sort

16   of --

17        A.   No.

18        Q.   -- reprogramming?

19        A.   It's totally technical support.

20        Q.   All right.  Let's look at another set of

21   documents.  We're going to mark this as Porch

22   Exhibit 5.

23

24

```
 1                    (Whereupon, a document was marked

 2                    Porch Deposition Exhibit 5 for

 3                    identification as of 1/29/09.)

 4     BY MS. ARRANZ:

 5          Q.    Definitely look through them to see, you

 6     know, if they look familiar to you, but I'm not

 7     going to have you go through each and every page on

 8     Exhibit 5.

 9               Okay.  We are looking at Exhibit 5 for

10     your deposition, and this is an Exhibit that has a

11     cover letter with no Bates stamp and then it's Bates

12     stamped SH/BA/NTC-763 through 853, and, Doug, I'm

13     referring again to those little numbers at the very

14     bottom right-hand corner of these pages.

15               I'm assuming no one has ever provided

16     these documents to you before --

17          A.    No.

18          Q.    -- I just handed them to you.

19               Okay.  Let's look at Page 775.  Okay.

20     This appears to be -- the typewritten portion of

21     this Page 775 appears to be another one of those

22     MCMTERs?

23          A.    MCMTERs, correct.

24          Q.    And this is with regard to Bacci Pizzeria,
```

1    correct?

2        A.    Correct.

3        Q.    Okay.  And there is no date on that

4    portion of the typewritten portion of this page,

5    correct?

6        A.    Correct.

7        Q.    Do you know whose handwriting it is that

8    says, please -- I think it says, "Guild with tips.

9    No autobatch, thanks," and then a smiley face.

10           Do you know whose handwriting this is?

11       A.    No, I don't.

12       Q.    Okay.

13           MR. ANDREOLI:  I think that is "build."

14           MS. ARRANZ:  Oh, build.  That makes sense.

15   BY MS. ARRANZ:

16       Q.    Okay.  So was it common, Doug, let me ask

17   you this, while you were at National Translink to --

18   if a customer called in with an issue, to print out

19   one of these MCMTERs and make handwritten notes on

20   it?

21       A.    And then we send it back to technical.

22       Q.    Okay.  So would you only print out these

23   MCMTERs and make handwritten notes on it if it was

24   something that tech support needed to do?

1      A.   For MCMTER -- MCMTER?   Yes.

2      Q.   Okay.

3      A.   That deals with the terminal, so that

4  would all be technical support.

5      Q.   Would there be times where a customer

6  would need technical support and you would not print

7  out a MCMTER and make handwritten notes on it?

8      A.   Yeah, you just -- It depends on what they

9  needed.   If they needed something -- This had to do

10  with what was inside their machine, you know.   I --

11  We would make notes on it or if it wasn't needed, I

12  would just send them back on the phone.   It depended

13  on what the problem was.

14      Q.   Okay.   All right.   Let's look at Page 780.

15  Can you look at this page and when you are done

16  looking at the page, review it very carefully and

17  let me know what this is if you know.

18      A.   These are comments to access where you

19  would order.

20      Q.   I will ask you specific questions about

21  it, but I just -- Tell me what it is.   I mean, look

22  at it and then tell me what it is generally

23  speaking.

24      A.   It's comments for Bacci Pizzeria, and, you

1    know, actions taken on their account.

2         Q.   Okay.  You were talking earlier about this

3    program on your computer.  It was a customer

4    database.

5         A.   Correct.

6         Q.   Is this Page 780, is this what the

7    database would have looked like as you sat at your

8    computer?

9         A.   Yes.

10        Q.   Okay.  And you were saying that these are

11   comments regarding Bacci Pizzeria, correct?

12        A.   Correct.

13        Q.   And the notations that are made in that

14   middle portion of the Page 780, is that something

15   that would be entered into by a customer service

16   representative, like the specific entries?

17        A.   Yes.

18        Q.   So for example, that first entry seems to

19   indicate 5/14/04, gave discover number, VT.

20             Do you see that?

21        A.   Yes, she gave them their Discover number

22   for -- Yeah, and then with her initials.

23        Q.   So for each customer the comments would

24   include it looks like a date, some sort of notation

1    of what was talked about and then a person's

2    initials; is that right?

3        A.    Yes.

4        Q.    And separate and apart from what is on

5    780, if you made notations for a particular

6    customer, would you have then included your initials

7    of DP?

8        A.    DP or Doug, D-u-g (sic).  Sometimes I

9    wrote Doug.

10        Q.    All right. I'm going to have you look at

11    Page 786 of Exhibit 5.  In fact, I believe that Page

12    787 after that is the exact same page, but I'm going

13    to focus on 786.  I just thought I would point that

14    out to you.

15        A.    Okay.

16        Q.    Does this appear to be -- What does this

17    appear to be to you?

18        A.    Notes.

19        Q.    Okay.  Is this another printout of those

20    customer notes that we were looking at on the

21    previous page?

22        A.    Yes.

23        Q.    I'm going to focus on this page because I

24    think the other page cuts off some of the notes.

1    Let's just see here.

2              Do you know whose initials are RJV?

3        A.   That would be Robert Vandross (phonetic.)

4        Q.   Who is Robert Vandross (phonetic.)

5        A.   The guy that worked in technical support.

6        Q.   And Noel, we were talking about him

7    earlier.  He was also in technical support, correct?

8        A.   That's correct.

9        Q.   What about FBL?

10       A.   That would be Fritz.  He was a customer

11   service person for a while.

12       Q.   Can you look at this Page 786 and tell me

13   if you believe any of these notes were made by you.

14       A.   No.

15       Q.   So none of the notations that are on 786

16   were made by you, correct?

17       A.   That's correct.

18       Q.   If you would look at the May 1st, 2006,

19   entry made by Fritz, it says, called merchant to

20   initialize for download Hypercom T7P, as in Paul,

21   advised to press initialize.  Tried three times.

22   Advised to try again this afternoon.  Does not go

23   through.  Told to call back.

24              Do you see that?

1          A.   Yes.

2          Q.   Do you, Mr. Porch, have any knowledge of

3     what that means?

4               MR. ANDREOLI:   Foundation.

5               MR. NORA:   Same objection.

6               THE WITNESS:   Yes, he says he called the

7     merchant to initialize the download.   They hit the

8     button to initialize.   Advised them to press

9     initialize.   They tried it three different times and

10    he said it did not go through.   It did not pick up

11    the information from the other side.   The machine

12    wasn't picking up the parameters.

13    BY MS. ARRANZ:

14         Q.   Okay.   And you said parameters.   We don't

15    know what kind of initializing was done from your

16    reading of the notes from May 1st, 2006, correct?

17         A.   From reading these notes, it doesn't say

18    what it was trying to pick up.

19         Q.   Great.   And then if you look at July 14,

20    2006, it says at 10:15 a.m, merchant had called on

21    7/13/06 at 11:15 a.m. stating that the terminal has

22    sticky buttons causing problems with transaction.   I

23    called and spoke with Vince and informed him we will

24    be sending a replacement terminal to arrive Monday

1    morning.  Gave to Noel C. to handle and then the

2    initials RJV.

3              Again, that is not an entry you made,

4    correct?

5        A.   No.

6        Q.   Do you, Mr. Porch, have any understanding

7    of what exactly that notation means?

8              MR. ANDREOLI:  Foundation.

9              THE WITNESS:  From what it sounds like,

10   someone spilled something on the machine to make the

11   buttons stick and we sent them another terminal so

12   they could do business.

13   BY MS. ARRANZ:

14       Q.   Okay.  And I think you are referring to

15   then -- and it looks like on the same date, July 14,

16   2006, it says program new terminal and sent, Noel.

17             Do you see that?

18       A.   That is correct.

19       Q.   And again, Mr. Vandross and Noel were both

20   individuals in technical support?

21       A.   That is correct.

22       Q.   And you've never been involved in

23   technical support?

24       A.   No, I have not.

1          Q.   Now if you look at this Page 786 in

2     comparison to that page we were looking at on

3     Exhibit No. 4.  It was page --

4               MR. NORA:  48.

5               MS. ARRANZ:  -- 48.  Thanks.  All right.

6     If you look at those two pages, it appears that this

7     entry made on July 14, 2006, regarding sticky

8     buttons and a need to send a replacement terminal,

9     that those notes were made on the same date that

10    our -- those handwritten notes on Page 48 by what

11    you believe to be somebody in Arizona, correct?

12              THE WITNESS:  Correct.

13    BY MS. ARRANZ:

14         Q.   Okay.  Do you know what sending a

15    replacement terminal means?

16         A.   Means that this one didn't work, so we

17    sent him a whole different machine according to what

18    the notes say.

19              MR. ANDREOLI:  Foundation.

20    BY MS. ARRANZ:

21         Q.   And you don't know the technical side of

22    it, what exactly the new terminal would --

23         A.   I have no idea.

24         Q.   Okay.  Do you know if after July 14, 2006,

1    you had any contact with anybody at the Arizona

2    processing center regarding the Bacci Cafe account?

3          A.    I couldn't recall whether I did or not.

4          Q.    So you don't know one way or the other?

5          A.    I don't know one way or the other.

6          Q.    Okay.  And after -- After July 14, 2006,

7    do you have any recollection of having personally

8    been in contact with anybody at Bacci Cafe?

9          A.    No, I don't.

10         MS. ARRANZ:   Those are my only questions.

11   I might have a few additional ones after these other

12   gentlemen ask you questions.

13         MR. NORA:   Can we take that short break,

14   so I can make my call?

15         MS. ARRANZ:   Sure.

16              (Whereupon, a brief recess was

17              taken.)

18   BY MS. ARRANZ:

19         Q.    Mr. Porch, I do have a couple follow-up

20   questions.

21         A.    Sure.

22         Q.    I have another document for you to look

23   at.  A letter was sent to Counsel in this case on

24   January 9, 2009, and it included what appears to be

1    a listing.  I'm going to hand this to you.  We don't

2    have extra copies, so I don't think we are going to

3    mark it as an Exhibit, but I believe all parties

4    have a copy of it, so take a look at that document.

5         In particular, I would like you to look at

6    the page that has the paper clip on it.

7         MR. NORA:  Why don't we have this marked

8    as an Exhibit.  The court reporter can make a copy

9    for each of us.

10        MR. ANDREOLI:  I think I prefer that if we

11   are going to talk about it.

12        MS. ARRANZ:  Okay.  So this will be

13   Exhibit No. 6 for your deposition, Mr. Porch.

14        THE WITNESS:  Okay.

15   BY MS. ARRANZ:

16        Q.   And this is a set of documents, what

17   appears to be a listing, and then it's got a cover

18   letter from your attorney to counsel for the parties

19   to this lawsuit.  Does this document --

20        MR. NORA:  Wait.  Off the record, please.

21        (Discussion had off the record.)

22   BY MS. ARRANZ:

23        Q.   We'll go back on the record.  Exhibit 6

24   for Mr. Porch's deposition is going to be one page

1    from this set of documents that was sent by Counsel

2    for National Translink on January 9, 2009.

3                         (Whereupon, a document was marked

4                         Porch Deposition Exhibit 6 for

5                         identification as of 1/29/09.)

6    BY MS. ARRANZ:

7        Q.    Specifically, Mr. Porch, I want you to

8    look at the fourth page here.  Does this set of

9    documents appear to be that list that you were

10   referring to earlier that you received regarding

11   customers to contact regarding truncation?

12       A.    Yes.

13       Q.    Looking at this particular page, Exhibit

14   6, is any of handwritten notes on this page your

15   handwriting?

16       A.    No.

17       Q.    Okay.  You will notice on the very bottom

18   or towards the bottom of that page, Exhibit 6, that

19   it says Bacci Pizzeria.  Do you see that?

20       A.    Yes.

21       Q.    Okay.  And that particular name is not

22   crossed out, correct?

23       A.    It's not crossed off that I can tell.

24   There is not a line through it like the others, no.

1          Q.   Okay.  Do you know if you made any

2     notations that are made on Exhibit 6 including any

3     of the crossing out of names on this page?

4          A.   No, that is -- None of them is my writing.

5          Q.   So as you sit here today, you do not

6     believe that you made any notations on this

7     Exhibit 6, correct?

8          A.   Correct.

9          Q.   Do you have any understanding of what that

10    means, that Bacci Pizzeria is not crossed out on

11    Exhibit 6?

12         A.   What they were referring to with the Ys

13    and the Ns, I have no idea.  It doesn't say what

14    they were saying yes or no to.

15         Q.   Okay.  Looking at this Exhibit 6, does

16    that refresh your memory or recollection at all with

17    regard to whether or not about Bacci Pizzeria would

18    have been on your listing of customers to contact

19    regarding truncation?

20              MR. NORA:  Objection to foundation.

21              THE WITNESS:  I had a list that was

22    similar to this.  I can't say, you know, this is

23    compiled to the same list I had.  I -- Because I'm

24    not seeing that.  I don't know, so I would say I

1    cannot tell by looking at this.

2    BY MS. ARRANZ:

3        Q.   So you don't know one way or another as

4    you sit here today whether or not Bacci Pizzeria was

5    one of the customers on your listing that you needed

6    to contact regarding truncation, correct?

7        A.   Not without seeing my list, no.

8             MS. ARRANZ:   Okay.   Those are my only

9    follow-up questions, but I might have more later, so

10   I will now tender you over to Mr. Nora.

11                    E X A M I N A T I O N

12   BY MR. NORA:

13       Q.   Mr. Porch, did you have a list like the

14   one that was in the last Exhibit you looked at?

15       A.   I was given a list at one point, yes.

16       Q.   And did it look like this in the format?

17       A.   Yes.

18       Q.   And when you had your list, were other

19   customer representatives also working with lists to

20   contact customers about --

21       A.   Yeah.

22       Q.   -- truncation?

23       A.   And there was more than one list of the

24   same list out there.

George E. Rydman & Assoc., Joliet, Illinois (815) 727-4363

1          Q.    Okay.  And so would your lists overlap in

2     terms of the names on the list for various --

3          A.    Yes.

4          Q.    Okay.  Was Katrina in charge of making

5     sure that all the customers on the list were

6     ultimately contacted by some service representative?

7               MS. ARRANZ:  Objection, foundation.

8               MR. NORA:  If you know.

9               THE WITNESS:  Katrina would be my

10    supervisor.  If I was given it -- you know, I don't

11    know if per se she would be in charge because I know

12    that same list was given to people in technical

13    because they were doing the follow-up on it, so it

14    was pretty much a group effort.  I don't think any

15    one person was in charge of it.

16    BY MR. NORA:

17         Q.    Okay.  Now much earlier in the deposition

18    today you were being asked questions about your

19    recollection of the time when the company was

20    telling you about these truncation requirements and

21    several of the questions were saying that it was

22    your recollection it was in mid 2006.

23               Do you remember those questions?

24         A.    Yes.

1         MS. ARRANZ:  I'm sorry.  I think he said

2    mid 2007.

3         MR. NORA:  Or mid --

4         MS. ARRANZ:  But go ahead.  I mean, I know

5    where you're going with it.

6    BY MR. NORA:

7         Q.   It's even more important to go into it

8    now.  When you were making these calls for

9    truncation that are reflected in the fax notes to

10   CardSystems that we looked at earlier, were these

11   notes made on Pages 47 and 48 made during the effort

12   to truncate customer's credit card numbers from the

13   terminals used through the --

14        A.   Yes.

15        Q.   Was this part of the truncation effort

16   that your company was --

17        A.   Yes, that is when we had to -- That is

18   when we were doing the truncation push to get it

19   done to comply with the law.

20        Q.   Okay.  And this was being done after your

21   company had started instructing you on the

22   requirements of the law; is that correct?

23        A.   Correct.

24        Q.   So it would have been sometime before the

George E. Rydman & Assoc., Joliet, Illinois (815) 727-4363

1    dates on these faxes that you first learned about

2    those requirements, correct?

3         A.   Yes.

4         Q.   And when you were -- and some time has

5    passed, but whenever they were telling you about

6    those requirements, you were given at that time

7    information respecting deadlines for compliance with

8    the law; is that correct?

9         A.   Correct.

10        Q.   And it was your understanding at that time

11   that the deadlines had not yet passed when Translink

12   told you about it?

13        A.   Right.  It was get it done.  It was still

14   before the time that they -- The allotted time.

15        Q.   There was still time to become compliant?

16        A.   Right.

17        Q.   Now when you looked at Pages 47 and 48,

18   you noted that the font type was different.  I want

19   to ask you --

20        A.   Let me get to --

21        Q.   Take your time.

22        A.   Okay.

23        Q.   Now we asked you to -- or Counsel asked

24   you to look at the information in the printed

1    portion at the top of those pages and you noted that

2    the information is the same on those two pages,

3    correct?

4         A.    Correct.

5         Q.    Now that information respecting the

6    Hypercom terminal gives the terminal type, correct?

7         A.    Correct.

8         Q.    It does not give a serial number or other

9    specific identifier for the machine, does it?

10        A.    Not for the machine, no.

11        Q.    Are these two printouts consistent with

12   the possibility that there were two different

13   Hypercom T7 terminals at different times at this

14   location?

15             MS. ARRANZ:   Objection to foundation.

16             MR. ANDREOLI:   Form.

17             THE WITNESS:   I can't say one way or

18   another whether it was or not because if they

19   replaced it and downloaded this in '01, it could

20   have been.   I wouldn't have that knowledge.

21   BY MR. NORA:

22        Q.    If truncation was ordered for a machine

23   and it failed to initialize, what would happen?

24             MS. ARRANZ:   Objection to form.

1        THE WITNESS:  If it wouldn't work, if they

2   couldn't get it to work, we would request that they

3   get a different terminal.

4   BY MR. NORA:

5        Q.   Could they continue to use the terminal

6   before you replaced it?

7        MS. ARRANZ:  Objection to form and

8   foundation.

9        THE WITNESS:  If it was past the time and

10  day, they would have shut them off, but they

11  continued -- If they continued to use it, it would

12  be on them.  You know, if we told them it didn't

13  work, and they used it, you know, it's -- I couldn't

14  give you -- we're using hypotheticals, so I wouldn't

15  know.

16       MR. NORA:  Looking at the customer -- Let

17  me get the page.

18            Look at Page 786 again, please.

19       MR. ANDREOLI:  I believe that is the other

20  one.

21       MR. NORA:  Yes, sir.

22       MS. ARRANZ:  Exhibit 5.

23       MR. NORA:  Exhibit No. 5, Page 786.

24       THE WITNESS:  Okay.

George E. Rydman & Assoc., Joliet, Illinois (815) 727-4363

1    BY MR. NORA:

2         Q.   If a customer called in with a complaint

3    like the one where he called here for a Hypercom

4    terminal, was Translink able to provide other

5    Hypercom terminals to that customer?

6              MS. ARRANZ:   Objection to form and

7    foundation.

8              THE WITNESS:   I would not be able to

9    recall what kind of machine they sent to them.   I

10   would -- No, it doesn't, you know -- Ideally we

11   didn't have Hypercoms, you know.   I'm not saying

12   that we never sent one out, but if they didn't have

13   one, I couldn't tell you one way or another.

14   BY MR. NORA:

15        Q.   Let me think it through.   Be patient.   It

16   might be faster when I do that.

17             Earlier you were asked questions about

18   your notes from July 13th, 2006, and for the record

19   this is back on that Page 48.   Your notes that said,

20   "Please truncate.   Let me know when done so I can

21   have them initialize, thanks, Doug."

22             You indicated earlier that this must have

23   meant that they were having problems with the

24   truncation with the machine.

George E. Rydman & Assoc., Joliet, Illinois (815) 727-4363

1          Do you have an independent recollection of

2     why you made these notes on July 13th, 2006?

3          MS. ARRANZ:  Objection to form.  Asked and

4     answered.

5          THE WITNESS:  I can only tell you by

6     reading what I see here.  I had sent it out to be

7     truncated and they let me know that they did their

8     end in Arizona.  Whether they hit the button or not,

9     I don't know if that has to do -- anything with what

10    I see on the other page or not.  It wasn't me who

11    took that call.

12    BY MR. NORA:

13         Q.   Now I know you didn't make any of the

14    notations on Page 786 about the problems with the

15    terminal being sticky and a new terminal being sent

16    out.  What I want to know is, though, are your notes

17    on the work you did on July 13th and the message

18    back about truncation being complete on July 14th

19    consistent with work that would have been done on a

20    new terminal being sent by Translink out to Bacci

21    when they had sticky keys around July 14th, 13th?

22         MS. ARRANZ:  Objection to form and

23    foundation, and incomplete hypothetical.

24         THE WITNESS:  If a new terminal was sent

1    out, I would have had nothing to do with it because

2    it would have been done by technical support and

3    been complete before it was sent out.  That would

4    have been ready to go, and they would have put it in

5    notes that they sent out the terminal and it would

6    have been ready before it was shipped.

7    BY MR. NORA:

8         Q.   So if the records on Page 786 are correct

9    and I know you did not make them, but if the new

10   terminal was sent out on July 14th as recorded

11   there, it would not be the machine that you were

12   working on in the notes reflected on Page 48?

13         MS. ARRANZ:  Just object to foundation and

14   form.

15         THE WITNESS:  This would have been a

16   separate machine than this.  (Indicating.)

17   BY MR. NORA:

18         Q.   Okay.  And when you say, this would have

19   been a separate machine than this, the machine that

20   is described on Page 786 being sent out on July 14th

21   would have been a different machine than the machine

22   you worked on and reflected in Page 48?

23         MS. ARRANZ:  Objection to foundation.

24         THE WITNESS:  Correct.

1          MR. ANDREOLI:  I'm just going to note for

2    the record that I am not repeating certain

3    objections that are being made by Counsel because

4    there is no need.

5          MS. ARRANZ:  You join in all objections

6    stated.

7          MR. ANDREOLI:  Good enough.

8    BY MR. NORA:

9        Q.   Looking at Page 48, are you able to tell

10   if Translink owned that machine or if Bacci Pizzeria

11   owned that machine, meaning the terminal?

12       A.   It would have been property of Bacci

13   Pizzeria.  I wouldn't -- You know, we didn't own any

14   of their machines.  We didn't rent out machines.

15   Either you owned the terminal or you didn't.

16       Q.   When you program -- When Translink would

17   program a new terminal and send it out, would it

18   bring the old terminal back in if it did not own the

19   old terminal?

20          MS. ARRANZ:  Objection to foundation and

21   form.

22          THE WITNESS:  On a regular basis where

23   they would send us their old machine before we would

24   do it, we would get the machine back and we would

1    send them another machine out.

2    BY MR. NORA:

3        Q.    Again, I'm going to give you a

4    hypothetical now just to know how that company

5    operated, okay?  If I had a Hypercom 7 terminal that

6    I owned which I received services on from Translink,

7    and that terminal stopped working correctly and I

8    received a new terminal from Translink, would there

9    be any reason for me to return the old terminal that

10   I owned to Translink?

11       A.    The way it worked, they had a replacement

12   if you were on what they called the club.  It was a

13   form of insurance on your machine.  You paid a

14   certain bill.  Yes, they would say, send us the

15   other machine; we'll give you a replacement for your

16   machine.

17            Hypothetically speaking is what we are

18   saying, that -- That is the way it would work.

19            "Hi.  My machine broke.  I would like you

20   to replace it."

21            We would send a call tag.  They would slap

22   it on there.  We get the machine back, program them

23   another machine, send it out to them.

24       Q.    And some of your customers belonged to

1    this club?

2         A.    Correct.

3         Q.    Do you know if Bacci Pizzeria belonged to

4    this club?

5         A.    I -- No, I don't.

6         Q.    If you wanted to find out if Bacci

7    Pizzeria belonged to this club, would you be able to

8    find the information in their customer file?

9         A.    Yes.

10        Q.    And what would you look for in the

11   customer file to see if they belonged to that club?

12        A.    I would look at their statement.

13        Q.    Do you have a copy of one of their

14   statements there that would give you that

15   information?

16        A.    Number 37.

17        Q.    That's Page 37.

18        A.    Down on the bottom it shows a fee

19   structure.  Under where it says basic service online

20   fee, the next line says merchant club.

21        Q.    And does that indicate that Bacci Pizzeria

22   was a member of the club?

23        A.    Yes.  They pay 13.95 a month for paper

24   service and replacement repair on terminal.

1        Q.   Do you know if Translink would have

2   replaced the Hyperlink 7 terminal with another

3   terminal should a customer --

4        A.   I would have no --

5        Q.   -- have a problem?

6        A.   Excuse me.  I'm sorry.

7        Q.   That's all right.

8        A.   I would have no way of knowing what kind

9   of machine they would give them.

10       Q.   You don't know if it was possible or

11  consistent or anything?

12       A.   Ideally, we didn't have a lot of Hypercoms

13  around.  We weren't -- You know, that is not one of

14  the product line we carried.  Whether they had a

15  machine there that they could revamp or -- you know,

16  I don't know, but I couldn't tell you one way or

17  another.

18       Q.   If Translink were going to replace a

19  Hypercom 7 in July of when this occurred --

20            MS. ARRANZ:  2006.

21            MR. NORA:  2006, thank you.  Would

22  Translink have needed to program that machine with

23  CardSystems in Arizona in order to truncate the

24  numbers?

1          MS. ARRANZ:  Objection to foundation.

2          THE WITNESS:  If CardSystems -- Are you

3    saying if Translink had an HT7P?

4          MR. NORA:  Yes, sir.

5          THE WITNESS:  They could do the download.

6    They could make the phone call before they would

7    send it out.  They wouldn't make the customer do it,

8    but it would have to be done with CardSystems.  That

9    is the way that program worked.

10          MS. ARRANZ:  When you said they can do it,

11    who are you talking about?

12          THE WITNESS:  The guys before they sent

13    the replacement machine out.

14          MS. ARRANZ:  Who are those guys?

15          THE WITNESS:  The technical support at

16    National Translink would have put in the -- pushed

17    the buttons they needed to and they would have

18    called Arizona after faxing everything back and

19    forth.  They would have hit the initialize button,

20    made sure it worked, and then shipped it.  They

21    wouldn't have shipped a machine that wasn't

22    truncated.

23          MS. ARRANZ:  When you said, when they

24    shipped it, they would have shipped it back to the

1    customer is what you are saying?

2              THE WITNESS:  To the customer, ready to

3    go.  So they take it out of the box and plug it in.

4    Boom.  They can do sales.

5    BY MR. NORA:

6         Q.   I hope it's a dead horse by now, but let

7    me beat it again.  Page 48, your notes there about

8    that truncation job on July 13th and 14th of 2006.

9         A.   Page 48.  Got it.

10        Q.   Am I correct in saying that would have

11   been on a machine other than any machine sent out by

12   Translink on July 14th?

13        A.   This is a machine that they had in their

14   store.

15        Q.   Before July 14th?

16        A.   Right.  Before.  Because we were trying to

17   get it to work.

18             MS. ARRANZ:  I'm just going to object to

19   form and asked and answered, but he answered already

20   again.

21   BY MR. NORA:

22        Q.   In your earlier remarks today when you

23   were talking about the truncation efforts and the

24   don't forget to truncate sign that you had on the

1   desk, you said the machine had to be replaced if it

2   could not truncate or it would be shut off.

3         Would you please explain to me what would

4   happen if a machine was not truncated while

5   Translink was providing these services to it?

6         A.   We talked to someone.  We said you have to

7   truncate your machine.  If the machine was not

8   truncated and they refused to truncate it -- I have

9   had customers say, "Leave me alone.  I don't want to

10  deal with that.  No one gets my numbers, whatever."

11  We would shut them off on the computer to where they

12  couldn't process.

13        Q.   That is what you would do if they

14  affirmatively told you they wouldn't truncate?

15        A.   "I'm not going to do it and comply with

16  your rule.  Leave me alone.  I'm not buying another

17  machine."

18        So there was people that had the VeriFones

19  that were not able to truncate, just didn't work.

20  It couldn't, you know, only show the last four

21  numbers.  We'd say, "You've got to buy a new

22  machine."

23        They'd say, "No.  My machine works fine.

24  I'm not going to change it."

1          We would have to shut them off at the

2     database because they are not complying with the

3     federal law.

4          Q.   Now in those cases and different cases

5     when you contacted the customer and explained to the

6     customer what had to be done and then you also made

7     arrangements with CardSystems in Arizona to prepare

8     the software download, you would next call the

9     customer so that they could call Arizona and get the

10    download, correct?

11         MS. ARRANZ:   Objection to form.

12         MR. NORA:   Please repeat to me what you --

13         THE WITNESS:   I would call the customer

14    after I had faxed the sheet over to Arizona and they

15    got it back and said that it was -- the terminal was

16    done.  Then I would call the customer and say, "Hit

17    initialize."

18              They would have to hit a button and

19    it would make a phone call to pick up the

20    parameters.  If it didn't work, we would try it

21    again, hit initialize.

22              If for some reason it wasn't picking

23    up those changes, the machine needed to be replaced.

24

1    BY MR. NORA:

2        Q.   Now would you stay on the phone while the

3    customer was initializing?

4        A.   Most of the time they couldn't.  Most of

5    the time they had one line.  They had to hang up

6    their phone number and push the button because it's

7    a computer.  It uses the phone line.

8        Q.   Yes.

9        A.   So then, you know, you would have to call

10   them back.  We would run a test transaction.  I

11   would give them a test card and say try this.  Put

12   in, you know, one dollar.  Is it showing all four

13   numbers?  Yes, it -- No, it's still showing all the

14   numbers.

15            Okay.  Then it didn't take it, and we

16   would have to take next steps to try and make it

17   work.

18       Q.   Was it your practice to always call the

19   customer and confirm that the truncation was

20   successful?

21       A.   I always called them back to see if it was

22   successful.  There is other -- You know, what other

23   people did, I don't know, but tell me -- Call me

24   back if you have any problems.  You know, I wouldn't

1    say that that never happened, but with me it was

2    always a call back.  If you couldn't get a hold of

3    them -- you know, it's a business.

4         Q.    Uh-huh.

5         A.    Call somebody back and they are on the

6    phone, you know, you go to the next and you try.  I

7    wouldn't say -- in a perfect world.  I couldn't say

8    every time, every call.

9         Q.    Do you know if there were customers that

10   Translink failed to contact respecting the

11   truncation effort?

12        A.    I don't know one way or another.  I'm --

13   You know, I can't say for sure, yes, there was

14   people.  No, I don't know.

15        Q.    Was there any way Translink had of knowing

16   if truncation had not been implemented at a

17   customer's point of service?

18             MR. ANDREOLI:  I'm going to object to the

19   form.

20             MS. ARRANZ:  I will join.

21             THE WITNESS:  Not that I -- You know, not

22   that I can say, you know.  Nothing on a database

23   that I knew.  I couldn't push a button and say, oh,

24   their machine is not truncated.

1    BY MR. NORA:

2        Q.   It would have to be brought to Translink's

3    attention somehow as far as you know?

4        A.   Correct.

5        Q.   At the time you were doing the truncation

6    efforts in 2006 when the sign was on the desk and

7    you were making these calls, who were the other

8    customer service representatives that you recall

9    working at Translink at that time?

10       A.   At that time I believe it would be

11   Katrina, myself, Fritz, Autumn, which is also they

12   handled -- The risk people handled customer service

13   phone calls. Autumn, Jennifer, Nina and Lisa.

14       Q.   Now on the calls that were made -- the

15   originating calls, if you will.  The first calls to

16   the customers to alert them to the truncation

17   requirements, were those made by both risk

18   management and customer service representatives or

19   just customer service representatives or others?

20       A.   At that point -- and I remember this.  We

21   were all given -- Here is a page for you, a page for

22   you, a page -- you know, so it was a group effort.

23   I believe I said that before.  It was a group

24   effort.  Everybody was told, here, these people need

1    to be contacted.

2        Q.   Now you said technical support people also

3    are making calls.  Were they making the originating

4    calls first alerting the customers to the truncation

5    requirements?

6        A.   The first calls came from customer

7    service.  You know, tech support would do the

8    follow-up calls.  You know, I can't speak for what

9    they did.  I know everybody had their hand in having

10   to do this.

11       Q.   But the first calls would have been from

12   Katrina, yourself, Fritz, Autumn, Jennifer, Nina

13   and --

14       A.   The list was handed out to the customer

15   service and risk department.

16       Q.   Okay.  So the people you have given me in

17   risk and in customer service --

18       A.   Correct.

19       Q.   -- would have been the people making the

20   originating calls?

21       A.   Correct.

22       Q.   And I didn't get the last name.  Nina

23   and --

24              MS. ARRANZ:  Lisa.

1           MR. NORA:  Lisa, right?

2           THE WITNESS:  Nina and Lisa.

3           MR. NORA:  I was starting to read Libby

4     with my handwriting, so thanks for clarifying.

5                When you were setting up the

6     truncation, am I correct in my understanding that

7     you would have never called Arizona CardSystems to

8     set up truncation with Bacci Pizzeria unless you had

9     already talked to Bacci Pizzeria regarding that

10    truncation requirement?

11          MS. ARRANZ:  Objection to form and asked

12    and answered.

13          THE WITNESS:  They would have had to have

14    the initial phone call besides, hey, we need to get

15    your machine in compliance and then we would have

16    called Arizona.  I wouldn't have just called Arizona

17    without knowing that there had to be something done.

18    BY MR. NORA:

19          Q.   I wanted to get the times straight again

20    on your fax memo.

21          A.   What number are you looking at there?

22          Q.   47, sir.

23          A.   Okay.

24          Q.   Page 47.  Let me finish.  When you wrote

1    down April 28, 2006, Friday, 10:55 a.m, is that the

2    time of the fax transmission you made or some other

3    item?

4         A.   That is when I initially did the call.  It

5    just says, fax.  I can't tell you what time I faxed

6    it.

7         Q.   Okay.  So the time 10:55 a.m. is the time

8    you first called CardSystems, correct?

9         A.   Correct.

10        Q.   And the fax would have been after that

11   telephone conversation, correct?

12        A.   Correct.

13        Q.   And this first conversation at 10:55 a.m,

14   April 28, 2006, would have been after a phone call

15   to Bacci Pizzeria informing them of the truncation

16   requirements, correct?

17             MS. ARRANZ:   Objection to form.

18             THE WITNESS:   I would have talked to them,

19   yes.  I would have talked to them before I faxed

20   this off.

21   BY MR. NORA:

22        Q.   You would have done that call, correct?

23        A.   If I was doing the faxing, I would have

24   had to talk to them, correct.

George E. Rydman & Assoc., Joliet, Illinois (815) 727-4363

1       Q.   And when you say had to talk to them, you

2   mean have to talk to the people at Bacci Pizzeria?

3       A.   I had to talk --

4            MS. ARRANZ:  Objection to form.

5            THE WITNESS:  -- to the customer, correct.

6            MR. NORA:  Okay.  That is all.

7            F U R T H E R   E X A M I N A T I O N

8   BY MS. ARRANZ:

9       Q.   Doug, one follow-up question on that same

10  page that you've been looking at regarding your

11  notes from April 2006.  You stated that you believe

12  that you would have had to have contact with

13  somebody at Bacci regarding truncation on that date,

14  but as you sit here today, you have no recollection

15  of specifically talking to someone?

16      A.   Yeah, I can't tell you that I remember the

17  exact conversation.  I am speculating by looking at

18  this.

19           I would have -- I wouldn't have faxed

20  MCMTER without talking to somebody.  I can't recall

21  the exact conversation.  I can't tell you who I

22  talked to or when it happened on that day.

23           MS. ARRANZ:  Great.  Thank you.

24           MR. NORA:  Thanks very much.

1                    MS. ARRANZ:  Do you want to waive or

2          reserve signature?

3                    MR. ANDREOLI:  Can we go off the record.

4                         (Discussion had off the record.)

5                    MR. ANDREOLI:  We are going to waive.

6                    (AND FURTHER DEPONENT SAITH NOT)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1    STATE OF ILLINOIS    )
                           )  SS.
 2    COUNTY OF W I L L    )

 3

 4            I, Donna L. Volante, a Certified Shorthand

 5    Reporter for the State of Illinois, do hereby

 6    certify that DOUGLAS ALAN PORCH was first duly sworn

 7    by me to testify to the truth; that the above

 8    deposition was recorded stenographically and reduced

 9    to typewriting by me; and that the foregoing

10    transcript of the said deposition is a true and

11    correct transcript of the testimony given by the

12    said witness at the time and place previously

13    specified.

14            I further certify that I am not counsel

15    for nor in any way related to any of the parties to

16    this suit, nor am I in any way interested in the

17    outcome thereof.

18            In witness whereof, I have hereunto set my

19    hand this 23rd day of February, 2009.

20

21

22    _____
      CSR No. 084-003466
23    My Commission expires 5/31/2009.

24
```

George E. Rydman & Assoc., Joliet, Illinois (815) 727-4363

**-**

**-- [286]**
**-vs- [1]** 1/7

**A**

**a -- [3]** 42/12 42/24 43/17
**A-l-a-n [1]** 3/5
**a.m [9]** 1/19 62/22 64/15 68/9 87/20 87/21 116/1 116/7 116/13
**able [18]** 24/13 24/18 43/2 45/6 45/13 45/20 46/16 49/2 59/17 59/19 59/22 78/21 78/22 100/4 100/8 103/9 105/7 109/19
**about [75]**
**about -- [4]** 35/11 50/19 56/22 94/20
**above [3]** 19/14 19/20 119/7
**Absolutely [1]** 29/1
**Absolutely -- [1]** 29/1
**Abstractly [1]** 33/16
**access [12]** 33/2 33/23 34/2 34/17 34/24 37/16 37/18 38/5 59/12 59/17 59/22 83/18
**accessed [2]** 36/14 38/9
**accident [3]** 3/23 4/2 4/3
**accordance [1]** 3/8
**according [2]** 13/1 89/17
**accordingly [1]** 4/13
**account [3]** 36/19 84/1 90/2
**accurate [1]** 16/23
**acronym [1]** 36/4
**across [2]** 75/10 75/18
**actions [1]** 84/1
**actual [1]** 37/2
**actually [8]** 16/17 25/5 25/14 27/2 27/10 37/11 45/21 66/5
**actually -- [2]** 27/10 37/11
**add [1]** 34/19
**additional [3]** 29/10 49/4 90/11
**address [7]** 7/10 7/17 7/18 35/7 35/22 59/2 59/6
**adjustment [1]** 12/23
**advised [3]** 86/21 86/22 87/8
**affirmatively [1]** 109/14
**after [17]** 15/20 37/17 56/10 67/1 69/15 77/4 79/8 85/12 89/24 90/6 90/6 90/11 96/20 107/18 110/14 116/10 116/14
**after -- [1]** 90/6
**afternoon [1]** 86/22
**again [19]** 45/10 64/9 66/2 66/9 68/8 72/18 75/3 75/10 76/3 81/13 86/22 88/3 88/19 99/18 104/3 108/7 108/20 110/21 115/19
**agent [2]** 11/18 11/22
**ago [3]** 4/3 4/8 8/22
**agreement [1]** 31/7
**ahead [1]** 96/4
**ALAN [6]** 1/11 1/13 2/16 3/5 3/11 119/6
**alert [1]** 113/16
**alerting [1]** 114/4
**Algonquin [1]** 2/3
**all [44]** 4/16 4/19 7/9 16/2 23/23 27/1 27/5 27/6 32/12 39/2 40/14 40/21 42/21 48/6 50/9 53/11 54/18 59/1 60/7 61/5 61/14 61/19 62/7 62/8 66/8 68/14 71/2 71/19 75/5 78/14 80/20 83/4 83/14 85/10 89/5 91/3 93/16 95/5 103/5 106/7 111/12

**allotted [1]** 97/14
**almost [1]** 74/19
**alone [2]** 109/9 109/16
**already [4]** 60/20 65/11 108/19 115/9
**also [17]** 4/22 5/6 30/23 36/17 44/16 50/11 50/18 58/22 59/23 60/15 70/17 75/17 86/7 94/19 110/6 113/11 114/2
**altitude-low [1]** 36/8
**always [9]** 11/17 17/8 25/11 26/14 37/21 63/21 111/18 111/21 112/2
**am [8]** 29/8 67/6 103/2 108/10 115/6 117/17 119/14 119/16
**amount [2]** 21/16 22/1 35/18 36/5 50/16
**AMUNDSEN [1]** 2/5
**and -- [3]** 54/7 114/13 114/23
**ANDERSON [1]** 2/2
**ANDREOLI [3]** 2/10 5/18 5/21
**another [23]** 17/17 37/10 61/10 67/15 76/10 76/13 76/15 76/18 80/2 80/20 81/21 85/19 88/11 90/22 94/3 98/18 100/13 104/1 104/23 106/2 106/17 109/16 112/12
**answer [12]** 4/11 4/16 4/22 4/23 5/8 19/14 25/1 26/21 46/15 53/6 54/23 66/19
**answered [6]** 4/13 38/11 101/4 108/19 108/19 115/12
**answered -- [1]** 38/11
**anticipate [1]** 5/7
**any [66]**
**any -- [1]** 37/24
**anybody [14]** 6/6 19/10 25/23 30/15 33/22 34/1 52/4 65/22 68/16 79/19 79/23 80/4 90/1 90/8
**anyone [3]** 31/1 52/21 52/24
**anything [12]** 6/14 7/7 16/14 34/11 35/14 35/23 42/10 43/21 49/13 77/17 101/9 106/11
**anywhere [1]** 9/6
**apart [5]** 13/18 15/9 15/16 16/18 85/4
**apartment [1]** 7/11
**apologize [2]** 36/9 71/9
**appear [3]** 85/16 85/17 92/9
**appearance [1]** 31/11
**Appeared [3]** 2/4 2/8 2/12
**appears [6]** 72/7 81/20 81/21 89/6 90/24 91/17
**applicable [1]** 3/9
**approving [1]** 22/18
**approximate [3]** 21/10 38/23 41/14
**approximately [5]** 4/5 5/24 6/20 32/4 39/1
**April [7]** 64/14 65/6 65/15 65/23 68/4 74/18 116/1 116/14 117/11
**are [67]**
**Arizona [38]** 62/14 63/3 63/9 63/10 64/18 64/23 66/6 66/7 67/2 67/9 67/20 68/6 73/8 73/13 73/14 73/18 74/9 74/13 76/16 77/1 77/23 78/3 78/14 78/19 79/10 79/13 79/17 89/11 90/1 101/8 106/23 107/18 110/7 110/9 110/14 115/7 115/16 115/16
**Arizona -- [1]** 63/9
**around [3]** 41/21 101/21 106/13
**arrangements [1]** 110/7
**ARRANZ [1]** 2/6

**arrive [1]** 87/24
**aside [1]** 61/23
**ask [14]** 4/10 4/10 4/16 5/7 5/9 35/13 54/16 54/22 68/2 71/3 82/16 83/20 90/12 97/19
**asked [11]** 4/10 14/18 19/13 23/9 95/18 97/23 97/23 100/17 101/3 108/19 115/11
**asking [10]** 5/8 12/1 24/2 63/17 71/12 71/14 75/8 75/13 75/15 78/12
**asks [1]** 4/17
**assortment [1]** 12/2
**assume [1]** 4/12
**assuming [1]** 81/15
**at [147]**
**at -- [3]** 54/23 69/15 79/14
**attention [1]** 113/3
**attorney [1]** 91/18
**attorneys [1]** 55/22
**August [1]** 53/14
**Aurora [2]** 7/18 8/10
**autobatch [1]** 82/9
**Autumn [3]** 113/11 113/13 114/12
**available [1]** 46/23
**Avenue [2]** 2/6 51/9
**aware [2]** 38/20 43/11

**B**

**BA [2]** 53/23 81/12
**BACCI [42]** 1/8 2/8 51/8 51/12 51/17 51/20 52/1 52/4 52/10 52/22 53/1 53/9 56/16 58/20 60/10 65/23 69/7 72/17 74/24 77/13 79/19 79/24 81/24 83/24 84/11 90/2 90/8 92/19 93/10 93/17 94/4 101/20 103/10 103/12 105/3 105/6 105/21 115/8 115/9 115/6 117/2 117/13
**Bacci's [1]** 57/6
**back [26]** 25/4 41/3 49/7 73/20 74/3 78/3 78/7 79/13 79/17 82/21 83/12 86/23 91/23 100/19 101/18 103/18 103/24 104/2 107/18 107/24 110/15 111/10 111/21 111/24 112/2 112/5
**basic [2]** 14/14 105/19
**basically [1]** 64/14
**basis [2]** 12/14 103/22
**batches [2]** 50/1 50/2
**Bates [4]** 53/22 72/6 81/11 81/11
**be [96]**
**be -- [5]** 25/13 29/16 48/13 81/20 85/16
**beat [1]** 108/7
**because [26]** 4/11 4/17 6/11 7/3 15/21 36/3 49/22 57/13 62/17 63/2 65/7 66/13 68/7 68/22 71/10 74/2 85/23 93/23 95/11 95/18 98/18 102/1 103/3 108/16 110/2 111/6
**become [2]** 38/20 97/15
**been [38]** 3/12 10/13 20/1 33/14 35/5 40/4 41/15 47/14 56/13 56/15 59/8 69/7 75/14 75/21 79/1 79/14 79/15 88/22 90/8 93/18 96/24 98/20 101/19 102/2 103/2 102/4 102/6 102/15 102/19 102/21 103/12 108/11 112/16 114/11 114/19 116/10 116/14 117/10
**been -- [1]** 33/14
**before [36]** 1/16 3/17 3/18 3/19 5/8 5/9 5/21 5/23 6/4 9/5 13/12 23/10 27/18 33/7 39/1 51/11 53/5 54/3 57/14 61/6 67/9 67/24 70/2 81/16

## B

**before... [12]** 96/24 97/14 99/6 102/3 102/6 103/23 107/6 107/12 108/15 108/16 113/23 116/19
**before -- [1]** 81/16
**beginning [1]** 9/21
**behalf [3]** 2/4 2/8 2/12
**behind [2]** 8/15 27/16
**being [12]** 10/4 43/1 45/18 46/4 95/18 96/20 101/15 101/15 101/18 101/20 102/20 103/3
**believe [19]** 9/18 16/24 17/18 32/3 41/12 65/10 74/12 77/22 78/1 79/11 85/11 86/13 89/11 91/3 93/6 99/19 113/10 113/23 117/11
**bell [1]** 17/14
**belonged [4]** 104/24 105/3 105/7 105/11
**besides [5]** 7/5 19/10 35/22 37/4 115/14
**best [5]** 45/13 70/13 75/13 75/15 78/12
**better [4]** 9/16 18/23 53/21 54/15
**between [4]** 9/10 21/18 31/7 55/23
**big [2]** 40/2 40/15
**bill [1]** 104/14
**bin [1]** 68/22
**birth [1]** 7/24
**bit [4]** 18/13 51/6 70/3 70/19
**bit -- [1]** 70/3
**blocked [1]** 59/9
**Boom [1]** 108/4
**boss [2]** 6/10 50/24
**boss' [1]** 6/18
**both [4]** 17/20 71/10 88/19 113/17
**bottom [18]** 43/19 44/6 44/6 55/4 55/12 55/20 61/16 62/19 71/2 72/5 72/20 72/22 72/23 79/16 81/14 92/17 92/18 105/18
**Boursack [2]** 19/13 19/18
**box [1]** 108/3
**break [4]** 5/12 69/21 70/2 90/13
**brief [2]** 69/22 90/16
**bring [3]** 32/19 80/13 103/18
**broke [1]** 104/19
**Brook [1]** 10/24
**brought [3]** 53/9 76/15 113/2
**build [2]** 82/13 82/14
**building [1]** 21/4
**bunch [2]** 54/22 54/24
**business [8]** 6/14 40/12 40/20 42/6 43/8 77/13 88/12 112/3
**Businesses [1]** 16/12
**but [61]**
**but -- [1]** 27/1
**button [5]** 66/9 74/4 74/5 77/15 78/8 78/17 79/2 87/8 101/8 107/19 110/18 111/6 112/23
**buttons [11]** 12/24 13/9 25/12 46/23 63/4 63/11 66/8 87/22 88/11 89/8 107/17
**buy [1]** 109/21
**buying [1]** 109/16
**bypass [1]** 18/20

## C

**CAFE [19]** 1/8 2/8 51/8 51/17 51/21 52/1 52/4 52/10 52/22 53/2 53/9 60/12 65/23 69/7 74/24 79/19 79/24 90/2 90/8

**California [10]** 16/24 47/16 47/18 48/7 48/15 48/23 49/4 57/7 59/13 59/18
**call [52]** 12/1 14/5 14/6 15/18 35/12 42/22 44/21 44/23 45/10 45/12 45/15 47/20 47/22 48/24 49/4 49/7 49/8 49/16 49/19 50/1 50/4 50/22 63/4 63/9 63/10 66/10 74/3 74/5 74/7 77/7 77/17 78/7 86/23 90/14 101/11 104/21 107/6 110/8 110/9 110/13 110/16 110/19 111/9 111/18 111/23 112/2 112/5 112/8 115/14 116/4 116/14 116/22
**called [33]** 1/14 3/12 6/10 6/15 14/17 15/6 40/5 43/13 43/15 44/17 45/7 46/14 50/21 50/21 53/4 58/15 75/23 76/1 76/10 82/18 86/19 87/6 87/20 87/23 100/2 100/3 104/12 107/18 111/21 115/7 115/16 115/16 116/8
**calling [5]** 35/21 36/21 45/19 46/7 76/20
**calls [18]** 12/3 12/4 12/5 20/7 44/16 67/16 96/8 113/7 113/13 113/14 113/15 113/15 114/3 114/4 114/6 114/8 114/11 114/20
**came [9]** 24/11 40/12 40/13 56/3 75/10 75/18 76/18 79/17 114/6
**can [47]** 5/2 7/21 8/2 11/20 16/8 17/7 18/4 18/14 20/14 25/1 25/3 25/4 27/15 30/1 32/17 33/9 36/22 38/23 40/1 41/3 41/14 43/8 54/20 57/4 58/18 59/4 60/11 62/12 72/21 73/1 73/23 74/3 74/10 75/5 77/21 83/15 86/12 90/13 90/14 91/8 92/23 100/20 101/5 107/10 108/4 112/22 118/3
**can't [18]** 4/18 15/4 18/5 18/7 33/16 39/9 41/6 60/17 61/4 65/18 93/22 98/17 112/13 114/8 116/5 117/16 117/20 117/21
**can't -- [1]** 60/17
**cannot [1]** 94/1
**capability [1]** 25/24
**capacity [1]** 17/20
**car [2]** 3/23 4/3
**card [31]** 13/7 16/4 16/5 16/7 16/10 16/13 17/21 17/22 18/17 22/13 22/18 22/21 23/23 27/9 38/17 43/3 47/12 47/24 48/20 49/10 52/5 52/5 52/10 52/11 62/23 64/21 77/11 77/16 78/9 96/12 111/11
**card -- [1]** 43/3
**cards [1]** 17/12
**CardSystems [14]** 17/5 17/8 17/17 24/13 48/6 50/9 63/10 96/10 106/23 107/2 107/8 110/7 115/7 116/8
**CardSystems -- [1]** 107/2
**carefully [1]** 83/16
**carried [1]** 116/14
**case [6]** 3/22 4/7 7/8 16/16 28/12 90/23
**cases [3]** 79/1 110/4 110/4
**causing [1]** 87/22
**center [12]** 16/18 16/19 17/9 24/18 47/13 47/18 48/15 59/11 66/5 67/20 80/5 90/2
**centers [1]** 17/3
**certain [5]** 13/9 30/23 36/23 42/13 43/9 47/15 55/18 103/2 104/14
**certificates [1]** 8/14

**Certified [2]** 4/16 119/4
**certify [2]** 119/6 119/14
**chain [4]** 19/12 19/20 19/21 40/14
**change [8]** 11/13 24/22 25/14 34/19 37/13 37/22 78/19 109/24
**changed [5]** 32/5 32/7 37/8 37/14 37/15 37/15 37/19 37/21
**changes [2]** 74/7 110/23
**changing [1]** 25/8
**charge [3]** 95/4 95/11 95/15
**Chicago [2]** 2/7 2/11
**CHRISTOPHER [1]** 1/3
**circulated [5]** 41/18 41/24 42/1 42/2 43/9
**city [1]** 10/23
**Civil [1]** 3/8
**clarifying [1]** 115/4
**class [1]** 1/4
**clean [1]** 54/11
**clip [1]** 91/6
**club [7]** 104/12 105/1 105/4 105/7 105/11 105/20 105/22
**Come [1]** 40/14
**coming [1]** 7/1
**command [4]** 19/12 19/20 19/22 40/14
**commencing [1]** 1/18
**comments [4]** 83/18 83/24 84/11 84/23
**Commission [1]** 119/23
**common [4]** 14/14 32/10 32/10 82/16
**companies [1]** 69/8
**company [23]** 6/14 10/17 11/11 11/13 16/3 26/6 26/14 26/15 40/6 40/10 44/5 51/13 52/1 53/1 69/16 78/6 78/7 78/21 79/6 95/19 96/16 96/21 104/4
**compare [1]** 71/12
**comparison [1]** 89/2
**compiled [1]** 93/23
**complaint [1]** 100/2
**complaints [1]** 11/24
**complete [5]** 73/4 73/10 78/11 101/18 102/3
**compliance [2]** 97/7 115/15
**compliant [1]** 97/15
**comply [3]** 44/10 96/19 109/15
**complying [1]** 110/2
**compound [1]** 45/23
**computer [24]** 31/18 31/19 31/21 31/22 32/5 36/14 36/15 37/6 37/10 37/12 37/13 37/15 37/17 38/1 38/4 58/6 59/20 59/22 62/3 66/13 84/3 84/8 109/11 111/7
**computers [3]** 13/6 32/1 37/8
**conference [1]** 40/20
**configure [1]** 24/18
**confirm [1]** 111/19
**confused [1]** 64/3
**consistent [4]** 31/7 98/11 101/19 106/11
**contact [17]** 28/17 30/15 35/7 35/10 35/22 51/16 51/20 70/5 78/5 90/1 90/8 92/11 93/18 94/6 94/20 112/10 117/12
**contacted [6]** 28/15 31/15 67/10 95/6 110/5 114/1
**contacting [1]** 70/15
**context [1]** 53/8

**C**

continue [1] 99/5
continued [2] 99/1 99/11
continued -- [1] 99/11
conversation [6] 46/20 52/6 116/11 116/13 117/17 117/21
conversations [6] 49/5 52/3 52/9 79/19 79/23 80/4
copies [2] 27/1 91/2
copy [6] 68/13 68/18 68/20 91/4 91/8 105/13
corner [5] 55/5 55/12 55/20 77/15 81/14
correct [143]
correctly [2] 58/12 104/7
correspondence [4] 12/7 12/9 12/11 35/24
could [46] 10/13 14/6 23/7 23/14 23/15 23/16 23/17 23/17 23/21 24/7 33/22 34/1 34/9 34/14 34/17 34/22 35/1 36/17 36/23 37/15 37/18 37/20 37/24 38/5 38/9 42/23 46/8 46/24 47/17 48/24 49/16 50/3 62/16 62/19 66/4 67/8 68/3 69/20 88/12 98/19 99/5 106/15 107/5 107/6 109/2 110/9
could -- [2] 37/20 62/16
couldn't [42] 9/18 10/1 10/1 17/13 21/9 22/7 33/15 34/10 34/11 35/20 41/22 42/13 42/15 42/18 42/19 42/20 44/19 45/5 46/2 49/7 49/23 51/23 52/2 52/15 60/17 66/14 67/15 69/9 76/13 80/2 80/7 90/3 99/2 99/13 100/13 106/16 109/12 109/20 111/4 112/2 112/7 112/23
couldn't -- [2] 42/19 49/7
counsel [13] 5/15 30/4 31/4 31/7 31/8 36/2 71/9 90/23 91/18 92/1 97/23 103/3 119/14
County [2] 1/18 119/2
couple [6] 20/8 21/8 21/22 22/5 75/14 90/19
course [1] 19/14
court [5] 1/1 4/17 29/24 55/24 91/8
Courthouse [1] 1/18
cover [4] 53/13 56/10 81/11 91/17
covered [1] 48/14
credit [27] 13/7 16/4 16/5 16/7 16/10 16/13 17/21 17/22 18/17 22/13 22/21 23/23 38/17 43/2 47/12 47/24 48/20 52/5 52/5 52/10 52/11 62/23 64/21 77/10 77/16 78/9 96/12
crossed [4] 54/19 92/22 92/23 93/10
crossing [1] 93/3
CSR [1] 119/22
curiosity [1] 15/2
current [2] 7/10 7/22
Currently [1] 8/18
customer [109]
customer -- [4] 34/2 46/20 99/16 106/3
customer's [3] 34/24 96/12 112/17
customers [22] 12/7 18/16 43/11 44/21 45/12 45/18 50/21 68/16 70/5 70/9 70/15 80/9 92/11 93/18 94/5 94/20 95/5 104/24 109/9 112/9 113/16 114/4
cuts [1] 85/24

**D**

D-o-u-g-l-a-s [1] 3/4

**D-u-g [1]** 85/8
database [19] 32/10 32/21 33/2 33/11 33/18 33/23 34/4 34/18 35/6 36/13 37/5 37/16 37/18 46/12 58/13 84/4 84/7 110/2 112/22
databases [7] 33/5 33/7
date [35] 7/24 9/18 10/3 34/15 38/22 39/9 41/6 41/22 43/20 44/10 46/15 52/2 53/13 60/1 60/4 62/21 63/18 63/18 63/20 63/21 64/5 64/9 64/18 65/9 65/23 68/8 68/8 68/18 71/22 79/17 82/3 84/24 88/15 89/9 117/13
date -- [2] 53/13 64/5
dated [3] 53/14 74/17 79/15
dates [3] 63/18 74/23 97/1
dates -- [1] 63/18
David [1] 20/16
day [9] 1/19 9/15 10/7 50/2 51/22 62/14 99/10 117/22 119/19
dead [1] 108/6
deadlines [2] 97/7 97/11
deal [3] 40/15 76/7 109/10
dealing [2] 51/14 69/3
deals [1] 83/3
December [3] 29/14 29/15 29/17
Defendant [2] 1/9 2/8
Defense [2] 28/1
defer [1] 18/21
Definitely [1] 81/5
degrees [1] 8/14
department [2] 20/4 114/15
depend [1] 26/10
depended [1] 83/12
Depending [1] 46/22
depends [1] 83/8
DEPONENT [1] 118/6
deposition [36] 1/11 1/13 2/20 3/7 3/17 3/18 3/20 4/4 4/7 5/22 6/4 6/7 6/21 7/2 7/8 16/16 27/22 28/5 28/7 29/3 29/5 29/12 29/13 29/21 30/10 31/11 53/12 53/16 81/2 81/10 91/13 91/24 92/4 95/17 119/8 119/10
depositions [1] 1/15
describe [1] 32/18
described [3] 26/1 49/3 102/20
description [1] 11/20 18/21
desk [11] 14/9 14/10 31/21 42/3 50/11 50/19 66/4 75/10 75/19 109/1 113/6
detail [1] 70/20
device [1] 22/17
dialing [1] 76/20
did [69]
did -- [1] 18/18
didn't [29] 7/7 12/11 12/18 13/17 14/12 14/13 23/14 25/14 37/22 42/22 44/4 45/16 49/8 54/21 57/13 75/1 89/16 99/12 100/11 100/12 101/13 103/13 103/14 103/15 106/12 109/19 110/20 111/15 114/22
differences [1] 71/17
different [20] 12/2 14/10 23/4 23/6 23/18 23/22 23/23 24/8 24/10 24/16 24/19 25/11 25/13 32/1 33/14 36/18 36/19 50/8 55/15 71/13 71/23 74/23 74/23 80/14 87/9 89/17 97/18 98/12 98/13 99/3 102/21 110/4
different -- [2] 12/2 36/18
difficulty [1] 41/2

direct [4] 14/4 14/12 14/19 15/14
directive [2] 76/15 76/24
directly [3] 15/5 47/17 52/23
disclaimer [1] 44/5
disclose [1] 6/14
discover [2] 84/19 84/21
Discussion [5] 5/4 8/4 30/7 91/21 118/4
DISTRICT [3] 1/1 1/3 3/10
division [3] 1/2 20/4 33/1
do [154]
do -- [1] 101/9
document [21] 27/8 27/13 27/18 28/6 28/14 33/15 55/22 55/23 56/19 57/20 65/1 65/7 68/13 69/4 79/12 79/13 81/1 90/22 91/4 91/19 92/3
document -- [1] 91/19
documents [25] 26/24 27/16 28/21 28/23 29/2 29/20 30/2 30/14 30/16 30/19 30/21 31/15 53/12 53/22 53/24 54/3 54/13 54/22 55/18 71/10 80/21 81/16 91/16 92/1 92/9
does [17] 4/19 16/6 16/21 17/14 23/8 33/12 37/9 64/16 85/16 85/16 86/22 91/19 92/8 93/15 98/8 98/9 105/21
doesn't [3] 87/17 93/13 100/10
doing [7] 25/24 34/7 49/19 95/13 96/18 113/5 116/23
dollar [1] 111/12
don't [53] 4/9 4/22 15/23 16/9 24/1 31/4 32/6 32/15 42/3 46/1 51/1 51/1 51/15 51/18 52/8 52/17 52/18 52/23 54/6 55/8 57/10 60/10 61/3 65/19 66/1 66/24 67/14 75/9 76/9 76/14 78/23 82/11 87/14 89/21 90/4 90/5 90/9 91/1 91/2 91/7 93/24 94/3 95/10 95/14 101/9 105/5 106/10 106/16 108/24 109/9 110/21 112/12 112/14
done [37] 3/18 30/3 34/13 48/5 48/6 49/10 57/13 69/19 69/19 70/8 70/11 73/1 73/23 74/9 74/21 75/2 75/3 76/3 76/23 77/21 78/19 79/5 79/8 80/14 83/15 87/15 96/19 96/20 97/13 100/20 101/19 102/2 107/8 110/6 110/16 115/17 116/22
done -- [1] 79/8
Donna [2] 1/16 119/4
Donna L [1] 1/16
Doug [18] 14/15 14/18 46/11 53/18 62/22 64/4 64/21 71/10 73/2 73/24 74/16 74/19 81/12 82/16 85/8 85/9 100/21 117/9
DOUGLAS [8] 1/11 1/13 2/12 2/16 3/4 3/7 3/11 119/6
down [16] 4/19 8/20 9/19 21/23 22/21 40/12 40/13 40/14 62/24 63/20 64/14 69/17 70/9 70/11 105/18 116/1
download [11] 23/7 23/15 23/18 24/7 63/2 77/17 86/20 87/7 107/5 110/8 110/10
downloaded [2] 48/6 98/19
DP [4] 62/20 64/4 85/7 85/8
Drive [1] 2/11
duly [3] 3/1 3/12 119/6
during [6] 11/1 17/3 17/9 21/17 44/18 96/11
duties [1] 11/21

**E**

each [5] 33/19 54/19 81/7 84/23

**E**

each... [1] 91/9
earlier [9] 50/10 84/2 86/7 92/10 95/17 96/10 100/17 100/22 108/22
East [1] 8/10
EASTERN [1] 1/2
edification [1] 57/12
educating [1] 24/2
education [3] 8/7 8/15 13/5
effectively [1] 31/10
effort [6] 95/14 96/11 96/15 112/11 113/22 113/24
efforts [2] 108/23 113/6
either [3] 31/16 80/1 103/15
element [1] 67/13
else [6] 19/10 35/14 35/23 38/5 42/10 43/21
employed [12] 9/6 9/11 9/14 14/18 17/4 17/20 18/2 19/8 20/20 31/19 32/2 32/11
employees [1] 51/17
employment [5] 8/19 9/16 10/9 11/1 17/9
end [4] 9/22 18/6 50/2 101/8
ended [1] 10/8
enough [1] 103/7
enter [3] 34/14 63/22
entered [1] 84/15
entire [4] 19/7 26/18 54/8 54/14
entries [1] 84/16
entry [5] 33/7 84/18 86/19 88/3 89/7
especially [1] 79/16
essentially [15] 12/4 14/19 16/20 19/18 19/21 20/10 21/16 22/8 22/19 24/17 24/19 33/12 40/7 59/17 64/12
estimation [2] 39/8 45/13
even [2] 53/9 96/7
ever [9] 3/16 13/22 14/1 25/20 51/10 52/21 54/2 80/9 81/15
every [4] 44/16 44/19 51/22 81/7 112/8 112/8
everybody [4] 32/24 38/5 113/24 114/9
Everybody's [1] 32/20
everything [5] 37/20 38/8 50/24 61/23 107/18
ex-boss [1] 6/11
exact [13] 9/18 38/22 39/9 41/6 41/22 45/5 46/2 51/23 52/2 52/6 85/12 117/17 117/21
exactly [13] 10/2 22/16 23/8 32/17 33/15 41/3 52/15 55/9 57/15 62/12 75/21 88/7 89/22
EXAMINATIONS [1] 2/17
examined [1] 3/13
example [10] 13/14 22/20 24/6 30/24 34/24 40/20 49/12 63/16 67/19 84/18
Excel [2] 33/6 33/6
except [1] 55/5
excuse [3] 10/15 61/24 106/6
exhibit [50] 27/22 28/7 28/10 28/20 29/11 29/15 29/19 29/16 30/9 30/12 30/18 30/19 30/22 31/2 31/6 31/16 53/11 53/16 53/22 54/9 55/8 57/3 58/19 60/2 61/15 70/18 70/23 72/22 79/12 80/22 81/2 81/8 81/9 81/10 85/11 89/3 91/3 91/8 91/13 91/23 92/4 92/13 92/18 93/2 93/7 93/11 93/15 94/14 99/22 99/23

**EXHIBITS [4]** 2/20 29/11 29/21 30/1
existing [1] 24/19 25/17
experience [3] 13/5 13/18 56/14
expires [1] 119/23
explain [1] 109/3
explained [1] 110/5
extension [3] 14/7 14/8 14/10
extra [1] 91/2

**F**

F-A-C-T-A [1] 40/5
face [1] 82/9
faces [1] 51/3
facilitate [2] 16/6 49/11
fact [6] 7/1 60/21 65/10 72/4 76/14 85/11
FACTA [9] 40/5 40/7 40/11 41/11 41/18 41/21 42/11 43/7 44/1
failed [2] 98/23 112/10
fair [3] 4/14 4/15 19/24
familiar [2] 47/24 81/6
fan [1] 37/11
far [5] 13/2 13/10 34/12 50/7 113/3
faster [1] 100/16
fax [13] 68/19 72/7 72/10 77/6 77/20 78/3 79/13 79/16 96/9 115/20 116/2 116/5 116/10
faxed [24] 67/6 57/8 62/14 62/20 63/21 64/4 64/10 64/18 64/24 65/7 68/6 68/7 68/10 68/20 73/20 74/2 74/3 74/13 77/4 77/22 110/14 116/5 116/19 117/19
faxed -- [1] 57/8
faxes [1] 97/1
faxing [2] 107/18 116/23
FBL [1] 86/9
February [1] 119/19
federal [10] 1/14 3/8 38/16 38/20 39/6 39/11 39/18 40/4 48/19 110/3
fee [2] 105/18 105/20
few [5] 6/1 14/9 54/13 69/11 90/11
field [3] 12/4 12/5 13/6
fielding [1] 11/24
file [15] 33/19 33/23 34/2 34/7 34/18 34/20 34/24 35/5 68/17 68/19 68/21 68/22 69/4 105/8 105/11
filed [2] 68/21 68/22
filed -- [1] 68/21
files [2] 38/1 68/13
financial [1] 37/4
find [4] 34/24 56/18 105/6 105/8
fine [4] 39/13 53/6 66/21 109/23
finish [3] 5/8 64/7 115/24
finished [1] 66/19
first [23] 3/12 9/15 11/5 20/14 27/9 41/4 51/24 54/7 55/6 55/16 56/10 56/22 67/22 70/20 84/18 97/1 113/15 114/4 114/6 114/11 116/8 116/13 117/9
five [13] 9/4 9/17 9/24 10/11 10/12 12/7 17/9 18/8 21/6 21/23 21/23 31/23 32/5
floor [2] 10/21 10/22
fluctuated [1] 21/8
focus [2] 85/13 85/23
folks [7] 20/13 23/17 48/23 49/16 51/20 67/2 68/5
follow [1] 13/15
follow-up [7] 49/8 49/24 90/19 94/9 95/13 114/8 117/9
followed [1] 62/2

**E**

following [1] 90/22
follows [1] 3/13
font [2] 72/1 97/18
for -- [4] 15/5 34/12 80/10 84/22
foregoing [1] 119/9
forget [2] 42/3 51/1 108/24
forgotten [1] 4/8
form [20] 24/24 39/12 45/24 52/12 60/16 98/16 98/24 99/7 100/6 101/3 101/22 102/14 103/21 104/13 108/19 110/11 112/19 115/11 116/17 117/4
format [1] 94/16
former [1] 51/7
forth [1] 107/19
forwarding [1] 37/1
found [2] 39/5 43/7
foundation [14] 69/2 87/4 88/8 89/19 93/20 95/7 98/15 99/8 100/7 101/23 102/13 102/23 103/20 107/1
four [11] 9/24 9/24 21/5 21/18 40/1 42/7 62/23 64/21 78/16 109/20 111/12
fourth [1] 92/8
frame [3] 38/23 41/2 51/19
Friday [3] 62/21 64/14 116/1
Fritz [4] 86/10 86/19 113/11 114/12
from -- [1] 61/23
front [3] 28/10 53/13 71/10
further [7] 118/6 119/14

**G**

gas [2] 8/21 9/13
gave [6] 37/17 42/5 49/3 84/19 84/21 88/1
general [4] 15/9 18/14 19/15 39/16
generally [6] 16/2 35/4 48/5 54/1 71/4 83/22
gentlemen [1] 90/12
GERALD [1] 2/2
Gerry [1] 6/3
get [34] 15/5 19/1 25/12 30/5 34/10 34/11 39/16 39/16 39/23 42/16 42/22 45/6 46/6 46/8 51/6 57/10 63/10 65/8 76/3 77/6 96/18 97/13 97/20 99/2 99/3 99/17 103/24 104/22 108/17 110/9 112/2 114/22 115/14 115/19
get -- [1] 39/16
gets [2] 5/6 109/10
getting [2] 49/11 58/3
gist [1] 6/17
give [19] 11/20 14/10 18/14 20/14 37/13 38/23 39/9 41/14 41/22 46/2 47/23 52/2 98/8 99/14 104/3 104/15 105/14 106/9 111/11
given [11] 3/16 3/20 48/22 75/16 94/15 95/10 95/12 97/6 113/21 114/16 119/11
given -- [1] 113/21
gives [1] 98/6
go [32] 4/6 5/2 8/2 14/6 27/23 27/24 30/4 31/1 33/13 34/7 36/17 36/22 47/15 53/18 54/8 54/13 55/3 55/10 58/3 58/5 76/3 76/8 81/7 86/22 87/10 91/23 96/4 96/7 102/4 108/3 112/6 118/3
go -- [1] 55/3
going [44] 4/6 4/12 5/7 6/16 9/17 9/24 10/12 18/19 26/23 27/21 27/23 27/24 29/10 30/4 31/5 46/13 49/19 53/11 53/24 55/3 55/10 55/17 57/9 69/1 70/19 77/3 80/21 81/7 85/10

**G**

**going... [15]** 85/12 85/23 91/1 91/2 91/11 91/24 96/5 103/1 104/3 106/18 108/18 109/15 109/24 112/18 118/5
**gone [1]** 22/7
**good [3]** 10/16 62/17 103/7
**got [24]** 6/13 6/15 6/21 9/12 9/19 10/1 12/10 21/22 24/24 27/14 37/12 45/15 53/3 53/5 53/13 59/6 59/10 61/6 70/4 75/18 91/17 108/9 109/21 110/15
**got -- [1]** 10/1
**government [1]** 40/2
**grade [1]** 8/8
**graduate [1]** 8/11
**great [3]** 20/15 87/19 117/23
**green [1]** 27/9
**ground [1]** 4/6
**group [6]** 21/1 21/3 22/2 95/14 113/22 113/23
**Grundy [1]** 1/17
**guess [3]** 9/16 49/6 54/2
**Guild [1]** 82/8
**guy [1]** 86/5
**guys [4]** 21/9 28/1 107/12 107/14

**H**

**had [104]**
**had -- [3]** 12/23 42/14 42/17
**HALO [8]** 12/22 35/15 35/17 35/18 35/19 35/23 36/4 36/5
**hand [6]** 26/24 54/22 61/21 91/1 114/9 119/19
**handed [3]** 29/24 81/18 114/14
**handing [1]** 27/8
**handle [2]** 18/17 88/1
**handled [2]** 113/12 113/12
**handled -- [1]** 113/12
**handling [2]** 12/3 76/4
**handwriting [12]** 61/16 61/18 61/19 61/20 62/18 72/20 72/21 78/12 82/7 82/10 92/15 115/4
**handwriting -- [1]** 61/19
**handwritten [23]** 56/24 57/11 61/15 62/7 62/9 62/9 62/13 63/16 65/5 65/5 68/3 71/3 72/6 73/3 73/6 73/16 74/1 74/23 82/19 82/23 83/7 89/10 92/14
**handwritten -- [1]** 65/5
**hang [1]** 111/5
**Hansen [3]** 19/6 19/18 20/2
**happen [4]** 77/3 78/1 98/23 109/4
**happened [7]** 14/23 43/10 67/1 67/4 75/18 112/1 117/22
**hardware [4]** 23/16 24/6 37/15 37/19
**has [15]** 29/24 31/14 59/8 66/18 78/14 78/19 78/20 78/21 79/1 81/10 81/15 87/21 91/6 97/4 101/9
**has -- [1]** 78/20
**have [206]**
**have -- [3]** 32/20 66/17 117/19
**haven't [1]** 29/5
**having [13]** 3/12 41/1 41/15 51/16 52/3 52/9 52/21 54/13 65/22 67/21 90/7 100/23 114/9
**he [21]** 5/16 6/16 7/4 7/7 18/23 20/22 38/8 38/11 40/21 40/22 53/5 54/18 54/19 86/7 86/10 87/6 87/6 87/10 96/1 100/3 108/19
**head [2]** 4/18 9/19

**heads [1]** 39/22
**heard [4]** 51/10 51/12 51/13 52/1
**hearing [1]** 39/18
**help [2]** 49/1 49/10
**helped [1]** 12/19
**helping [1]** 13/13
**her [3]** 20/9 51/3 84/22
**here [35]** 4/18 5/15 7/12 47/23 48/9 51/7 54/13 56/16 58/18 59/3 60/7 60/21 63/19 63/23 65/21 66/16 66/24 71/3 71/8 71/16 71/20 73/15 75/12 79/11 79/22 80/3 86/1 92/8 93/5 94/4 100/3 101/6 113/21 113/24 117/14
**hereby [1]** 119/5
**herein [1]** 3/12
**hereunto [1]** 119/18
**hey [4]** 44/7 44/7 76/2 115/14
**Hi [2]** 78/8 104/19
**high [7]** 8/8 8/9 8/11 8/15 35/18 36/5 36/8
**highest [1]** 8/6
**him [9]** 6/16 6/24 28/17 54/13 54/16 68/9 86/6 87/23 89/17
**his [4]** 7/7 18/21 40/21 66/19
**hit [16]** 66/9 66/13 74/4 74/5 77/7 77/9 77/15 78/8 78/17 79/2 87/7 101/8 107/19 110/16 110/18 110/21
**hold [5]** 13/22 14/1 45/7 46/8 112/2
**home [1]** 9/20
**honestly [1]** 10/2
**honor [2]** 6/16 7/5
**hope [1]** 108/6
**horse [1]** 108/6
**hot [1]** 37/12
**how [25]** 3/19 4/3 5/24 7/13 8/22 9/2 9/14 13/9 13/10 13/10 16/14 21/5 32/1 33/10 33/11 33/12 33/15 34/7 41/20 41/23 45/1 50/3 58/3 104/4
**Hypercom [16]** 23/22 48/1 48/8 48/9 48/18 48/22 49/12 58/10 60/22 86/20 98/6 98/13 100/3 100/5 104/5 106/19
**Hypercom -- [1]** 48/8
**Hypercoms [4]** 48/5 48/12 100/11 106/12
**Hyperlink [1]** 106/2
**hypothetical [2]** 101/23 104/4
**Hypothetically [1]** 104/17
**hypotheticals [1]** 99/14

**I**

**I -- [6]** 65/19 67/14 83/10 93/23 105/5 112/21
**I'm [59]** 4/6 4/12 5/7 8/18 9/23 24/2 26/23 27/8 29/10 31/5 32/15 35/9 37/23 38/14 39/16 52/8 53/11 53/24 55/3 55/17 55/19 57/9 62/17 63/17 64/3 64/13 64/13 66/21 68/15 69/1 69/19 71/12 71/13 75/8 75/12 75/15 77/19 77/19 77/20 78/12 81/6 81/12 81/15 85/10 85/12 85/23 91/1 93/23 96/1 100/11 103/1 104/3 106/6 108/18 109/15 109/16 109/24 112/12 112/18
**I'm -- [2]** 9/23 112/12
**I've [2]** 24/24 40/4
**idea [5]** 18/14 39/17 42/5 89/23 93/13
**Ideally [2]** 100/10 106/12
**identification [1]** 28/8 29/22 53/17

**identified [1]** 55/16
**identifier [1]** 98/9
**identify [3]** 39/14 53/20 55/23
**identifying [2]** 41/2 56/2
**if [131]**
**Illinios [1]** 2/7
**ILLINOIS [9]** 1/1 1/17 1/18 2/4 2/11 3/10 66/4 119/1 119/5
**imagine [1]** 68/14
**immediate [1]** 19/5
**implemented [1]** 112/16
**important [1]** 96/7
**in -- [1]** 10/21
**INC [1]** 1/8
**include [1]** 84/24
**included [4]** 42/8 65/16 85/6 90/24
**includes [1]** 58/22
**including [2]** 21/23 93/2
**incomplete [1]** 101/23
**incorrect [1]** 64/13
**independent [1]** 101/1
**indicate [4]** 39/2 54/14 84/19 105/21
**indicated [3]** 60/21 67/2 100/22
**Indicating [2]** 55/14 102/16
**individual [2]** 20/17
**individually [1]** 1/4
**individuals [1]** 88/20
**information [27]** 19/1 23/15 25/11 25/12 32/20 35/4 36/19 59/2 59/3 59/12 59/17 59/20 65/8 67/9 71/19 72/8 72/11 72/13 77/4 77/5 87/11 97/7 97/24 98/2 98/5 105/8 105/15
**informed [1]** 87/23
**informing [1]** 116/15
**initial [2]** 79/14 115/14
**initial -- [1]** 79/14
**initialize [23]** 66/9 73/1 73/24 74/4 74/6 74/10 77/7 77/9 77/9 77/15 77/22 78/6 78/17 86/20 86/21 87/7 87/8 87/9 98/23 100/21 107/19 110/17 110/21
**initializing [2]** 87/15 111/3
**initially [1]** 116/4
**initials [9]** 62/20 68/11 69/18 70/10 84/22 85/2 85/6 86/2 88/2
**inside [1]** 83/10
**instructing [1]** 96/21
**instruction [3]** 13/19 74/8 76/21
**instructions [3]** 13/15 50/12 50/13
**insurance [1]** 104/13
**intention [1]** 7/20
**interaction [1]** 12/13
**interested [1]** 119/16
**interrupt [3]** 35/9 36/3 57/10
**interrupting [1]** 36/10
**into [13]** 23/15 25/11 25/12 33/13 34/10 34/11 36/18 39/22 58/5 77/14 78/15 84/15 96/7
**intranet [1]** 32/10
**involved [4]** 44/3 47/14 80/15 88/22
**involvement [1]** 25/20
**is [211]**
**is -- [7]** 53/4 53/21 54/15 69/11 72/4 72/10 93/4
**issue [1]** 82/18
**issues [2]** 49/24 50/1
**it [319]**
**it -- [3]** 95/10 109/8 111/13

## I

**it's [41]** 5/18 8/20 12/2 16/1 16/15 19/17 25/17 27/14 29/11 33/14 35/21 37/1 53/13 53/14 56/2 56/3 56/5 57/8 57/17 58/16 59/9 60/21 66/12 66/13 70/18 75/14 76/4 78/11 79/14 79/15 80/19 81/11 83/14 91/17 92/23 96/7 99/13 108/6 111/6 111/13 112/3
**it's -- [2]** 16/1 99/13
**item [2]** 31/10 116/3
**items [1]** 31/6
**its [6]** 18/16 26/6 43/11 51/8 68/13 69/4
**itself [1]** 37/15

## J

**Jackson [2]** 7/11 7/14
**James [1]** 29/6
**January [12]** 1/19 9/9 9/10 9/23 10/4 10/9 10/13 10/14 28/18 39/3 90/24 92/2
**Jennifer [3]** 20/16 113/13 114/12
**Jim [3]** 18/21 40/19 53/5
**job [3]** 9/13 11/4 108/8
**join [2]** 103/5 112/20
**July [25]** 29/12 29/14 74/14 79/19 79/20 80/1 80/7 80/5 80/5 87/19 88/15 89/7 89/24 90/6 100/18 101/2 101/17 101/18 101/21 102/10 102/20 106/19 108/8 108/12 108/15
**just [60]**
**just -- [8]** 7/4 23/9 44/5 54/18 57/11 76/18 83/8 83/21

## K

**Katrina [12]** 19/5 19/11 19/12 19/16 19/17 20/2 20/6 20/11 95/4 95/9 113/11 114/12
**keep [1]** 37/24
**keys [1]** 101/21
**kind [27]** 3/22 12/6 12/16 13/18 16/3 17/24 18/12 18/15 18/20 18/21 20/12 23/18 35/1 35/4 37/6 40/12 48/4 50/19 55/18 57/19 58/6 60/12 61/12 76/15 87/15 100/9 106/8
**kinds [2]** 23/23 33/5
**knew [2]** 69/10 112/23
**know [198]**
**know -- [8]** 14/11 15/21 18/18 37/23 51/15 57/12 59/16 100/10
**knowing [4]** 13/8 106/8 112/15 115/17
**knowledge [13]** 24/3 49/9 57/12 61/7 61/9 64/16 67/1 67/3 73/16 73/19 73/20 87/2 98/20

## L

**label [1]** 53/22
**ladies [1]** 22/5
**Lane [1]** 10/2
**last [13]** 8/19 30/12 30/18 38/24 40/1 42/7 55/17 62/22 64/21 78/16 94/14 109/20 114/22
**Lasted [1]** 22/6
**later [4]** 4/19 55/24 74/20 94/9
**law [5]** 44/11 96/19 96/22 97/8 110/3
**lawsuit [2]** 3/24 91/19
**layout [1]** 13/15
**learned [1]** 39/11 97/1

**learning [1]** 42/6
**leave [5]** 9/8 10/16 34/16 109/9 109/16
**left [11]** 7/6 8/23 20/23 21/13 22/4 28/24 39/1 39/3 53/1 57/24 61/21
**let [31]** 3/6 5/13 30/2 32/7 43/14 50/16 53/20 54/6 55/22 58/11 64/7 67/23 68/2 71/3 71/15 72/24 73/23 74/9 74/21 76/23 77/16 77/21 82/16 83/17 97/20 99/16 100/15 100/20 101/7 108/6 115/24
**let's [12]** 28/3 35/19 46/16 55/3 56/22 61/14 61/19 69/21 80/20 81/19 83/14 86/1
**letter [5]** 53/13 56/10 81/11 90/23 91/18
**lettering [1]** 72/1
**level [1]** 8/6
**Libby [1]** 115/3
**like [47]** 11/21 15/9 17/21 21/1 21/10 24/6 26/15 27/10 32/9 33/6 33/6 34/10 40/19 49/2 50/11 50/13 50/15 50/19 53/4 53/23 56/22 67/19 69/11 70/11 70/22 71/11 72/7 72/7 73/5 73/20 75/1 76/4 77/17 79/15 79/17 80/10 84/7 84/16 84/24 88/9 88/15 91/5 92/24 94/16 100/3 104/19
**like -- [1]** 34/10
**line [17]** 14/4 14/5 14/12 14/13 14/14 14/15 15/3 15/6 15/14 15/17 15/19 59/18 92/24 105/20 106/14 111/5 111/7
**lines [1]** 63/14
**Lisa [4]** 113/13 114/24 115/1 115/2
**list [25]** 43/13 44/23 45/1 46/13 50/22 69/8 69/10 69/13 69/17 70/4 70/8 70/14 92/9 93/21 93/23 94/7 94/13 94/15 94/18 94/23 94/24 95/2 95/5 95/12 114/14
**listed [6]** 30/16 30/20 30/23 31/15 35/3 58/9
**Listen [1]** 48/18
**listing [4]** 91/1 91/17 93/18 94/5
**lists [2]** 94/19 95/1
**literally [2]** 43/2 62/18
**little [10]** 18/6 18/13 42/5 44/6 50/24 51/6 53/21 70/3 70/19 81/13
**live [1]** 45/22
**lived [1]** 7/13
**living [1]** 7/16
**LLC [1]** 2/5
**LLP [1]** 2/9
**local [1]** 3/9
**located [2]** 8/9 10/20
**location [1]** 98/14
**Lock [2]** 35/18 36/6
**log [1]** 33/13
**long [9]** 4/3 5/24 7/13 8/22 9/2 9/14 17/10 45/1 61/6
**look [36]** 27/15 28/21 30/1 30/12 53/24 54/17 56/18 61/14 70/17 70/18 70/20 71/6 71/16 72/5 80/20 81/5 81/6 81/19 83/14 83/15 83/21 85/10 86/12 86/18 87/19 89/1 89/6 90/22 91/4 91/5 92/8 94/16 97/24 99/18 105/10 105/12
**looked [4]** 84/7 94/14 96/10 97/17
**looking [20]** 54/23 60/8 60/11 60/18 64/16 69/6 75/13 79/14 81/9 83/16

85/20 89/2 92/13 93/15 94/1 99/16 103/9 115/21 117/10 117/17
**looks [13]** 27/10 56/22 63/17 70/22 72/4 72/7 73/4 73/20 75/1 79/15 79/17 84/24 88/15
**looks -- [1]** 63/17
**lot [6]** 24/1 51/22 52/13 67/16 68/15 106/12
**lots [1]** 15/21
**loud [1]** 4/17
**lower [1]** 62/8

## M

**M-C-M-T-E-R [1]** 57/24
**machine [95]**
**machine -- [5]** 24/11 42/12 43/4 50/16 58/6 58/8
**machines [11]** 16/7 23/23 24/10 39/23 42/13 47/15 48/13 52/11 79/1 103/14 103/14
**made [27]** 63/15 68/3 73/17 73/22 74/1 74/7 76/24 84/13 85/5 86/13 86/16 86/19 88/3 89/7 89/9 93/1 93/2 93/6 96/1 96/11 101/2 103/3 107/20 110/6 113/14 113/17 116/2
**made -- [1]** 113/14
**main [1]** 10/21
**make [34]** 4/20 16/21 24/19 34/6 34/9 39/22 46/23 47/19 47/21 50/15 50/20 58/11 64/17 66/10 68/18 69/1 69/13 74/6 77/16 78/2 78/15 82/19 82/23 83/7 83/11 88/10 90/14 91/8 101/13 102/9 107/6 107/7 110/19 111/16
**makes [6]** 23/4 23/6 23/12 24/17 74/4 82/14
**making [8]** 43/11 50/7 95/4 96/8 113/7 114/3 114/3 114/19
**management [2]** 18/19 113/18
**manager [1]** 13/22
**managerial [1]** 11/10
**managing [1]** 20/12
**many [4]** 3/19 21/5 32/1 41/23
**mark [4]** 29/10 53/11 80/21 91/3
**marked [7]** 27/22 28/6 29/20 53/15 81/1 91/7 92/3
**matter [1]** 29/13
**Maverick [1]** 17/14
**may [5]** 26/24 27/4 54/14 86/18 87/16
**may -- [1]** 54/14
**maybe [1]** 64/13
**MCMTER [11]** 57/5 57/21 58/4 58/16 58/19 59/12 68/16 83/1 83/1 83/7 117/20
**MCMTER -- [1]** 83/1
**MCMTERs [5]** 60/4 81/22 81/23 82/19 82/23
**me [75]**
**me -- [1]** 111/23
**Meadows [1]** 2/4
**mean [20]** 16/6 16/10 20/11 23/8 37/9 39/21 41/23 42/19 43/1 50/2 57/10 57/18 63/6 69/18 74/16 75/5 75/22 83/21 96/4 117/2
**meaning [1]** 103/11
**means [7]** 78/11 78/14 87/3 88/7 89/15 89/16 93/10
**meant [1]** 100/23
**meet [1]** 5/21
**meeting [4]** 41/4 41/10 41/12 43/8

**M**

meetings [5] 40/13 40/20 41/4 41/15 42/6
member [1] 105/22
memo [6] 41/21 41/24 42/1 44/6 44/13 115/20
memory [1] 93/16
memos [4] 41/13 42/2 43/9 50/24
mentioned [3] 21/22 22/8 44/15
merchant [4] 86/19 87/7 87/20 105/20
message [1] 101/17
Michigan [1] 2/6
mid [5] 39/6 41/7 95/22 96/2 96/3
mid -- [1] 96/3
middle [1] 84/14
might [10] 24/14 24/15 37/19 39/13 51/6 54/15 62/2 90/11 94/9 100/16
mind [1] 31/4 36/2
mine [2] 61/22 73/2
minute [4] 8/3 39/15 71/12 71/15
minutes [2] 6/1 6/2
miss [1] 66/13
model [5] 24/19 24/20 24/22 25/8 25/14
models [4] 23/4 23/13 24/17 25/13
modem [1] 77/18
MOLLY [1] 2/6
Monday [1] 87/24
money [1] 36/22
monitor [1] 32/7
month [2] 22/6 105/23
months [6] 7/15 9/4 39/1 39/21 74/19 74/20
months -- [1] 74/19
mooted [1] 31/11
more [7] 41/10 41/24 70/20 71/3 94/9 94/23 96/7
morning [1] 88/1
Morris [3] 1/18 7/12 8/21
Most [2] 111/4 111/4
move [1] 7/20
moved [2] 14/9 37/9
MR [3] 2/2 2/10 5/18
Mr. [26] 3/16 4/17 5/21 6/19 6/20 8/6 16/16 19/13 19/13 19/18 19/19 27/8 28/15 29/24 31/11 40/13 67/8 87/2 88/6 88/19 90/19 91/13 91/24 92/7 94/10 94/13
Mr. Andreoli [1] 5/21
Mr. Boursack [2] 19/13 19/18
Mr. Nora [2] 4/17 94/10
Mr. Porch [11] 3/16 8/6 27/8 29/24 67/8 87/2 88/6 90/19 91/13 92/7 94/13
Mr. Porch's [2] 31/11 91/24
Mr. Tracy [7] 6/19 6/20 16/16 19/13 19/19 28/15 40/13
Mr. Vandross [1] 88/19
MS [1] 2/6
much [8] 11/15 20/6 22/10 43/22 51/5 95/14 95/17 117/24
must [3] 19/13 44/7 100/22
must -- [1] 44/7
my [39] 5/8 5/9 6/10 6/11 6/13 9/19 14/13 16/15 19/5 19/15 26/21 31/21 36/24 39/2 39/24 54/2 56/20 56/20 57/11 61/18 62/20 68/10 68/23 69/18 75/10 76/2 90/10 90/14 93/4 94/7 94/8 95/9 104/19 109/10 109/23

115/4 115/6 119/18 119/23
my -- [1] 56/20
myself [4] 7/3 12/9 20/7 113/11

**N**

N-u-r-i-t [1] 18/5
name [24] 3/3 6/18 17/14 17/17 18/7 20/17 30/20 30/23 32/13 35/7 35/12 35/22 35/23 51/8 51/14 52/7 53/3 53/9 59/8 59/8 68/23 73/9 92/21 114/22
names [9] 17/2 20/14 21/9 21/23 21/24 22/7 69/14 93/3 95/2
NATH [1] 2/9
National [63]
National [2] 26/19 28/24
necessarily [1] 34/19
necessary [2] 20/8 78/15
need [18] 5/12 7/18 15/23 44/1 45/14 46/22 47/5 48/19 48/21 50/23 78/8 78/20 79/3 83/6 89/8 103/4 113/24 115/14
needed [15] 12/22 15/20 26/7 46/17 46/18 49/10 67/3 82/24 83/9 83/9 83/11 94/5 106/22 107/17 110/23
needs [1] 79/5
never [10] 15/5 15/6 45/20 45/21 57/13 57/14 88/22 100/12 112/1 115/7
new [12] 25/17 37/13 37/17 88/16 89/22 101/15 101/20 101/24 102/9 103/17 104/8 109/21
next [12] 5/10 43/10 46/19 46/21 70/11 70/17 76/8 78/1 105/20 110/8 111/16 112/6
Nina [5] 20/16 113/13 114/12 114/22 115/2
no [115]
no -- [1] 106/4
nobody [1] 31/14
nods [1] 4/18
Noel [8] 20/18 20/19 20/20 21/8 86/6 88/1 88/16 88/19
none [2] 86/15 93/4
nor [2] 119/15 119/16
NORA [4] 2/2 4/17 6/3 94/10
normal [1] 39/24
normally [1] 35/15
North [1] 2/6
NORTHERN [1] 1/1 3/10
not [97]
not -- [1] 6/12
notation [7] 34/6 66/5 69/14 78/2 78/10 84/24 88/7
notations [7] 69/13 84/13 85/5 86/15 93/2 93/6 101/14
note [13] 31/5 34/9 34/19 50/19 67/19 73/3 73/17 73/22 74/12 74/20 76/22 76/23 103/1
noted [2] 97/18 98/1
notes [55] 34/16 34/21 35/24 36/17 37/3 39/2 43/15 45/9 45/16 45/21 46/11 51/1 51/4 52/14 62/7 62/9 62/9 62/13 63/16 63/23 65/5 65/16 65/20 68/4 71/3 72/6 72/14 73/6 74/1 74/23 75/14 82/19 82/23 83/7 83/11 85/18 85/20 85/24 86/13 87/16 87/17 89/9 89/10 89/18 92/14 96/9 96/11 100/18 100/19 101/2 101/16 102/5 102/12 108/7 117/11
nothing [7] 13/3 37/21 50/14 56/5

notice [5] 29/11 30/20 55/4 71/24 92/17
notification [1] 43/24
November [3] 8/23 8/24 9/10
now [30] 7/21 8/17 10/2 16/2 17/5 26/23 28/10 29/10 34/5 37/8 43/24 48/21 57/17 61/14 64/20 70/22 89/1 94/10 95/17 96/8 97/17 97/23 98/5 101/13 104/4 108/6 110/4 111/2 113/14 114/2
Ns [1] 93/13
number [27] 7/22 15/1 15/4 15/5 15/9 15/10 15/13 15/15 21/11 41/14 45/5 48/23 49/3 55/16 55/17 55/19 56/3 64/12 64/21 72/6 79/16 84/19 84/21 98/8 105/16 111/6 115/21
number -- [1] 15/10
numbers [26] 38/18 40/1 42/7 42/22 48/20 52/5 52/11 55/15 55/21 62/23 78/16 78/22 80/1 81/13 96/12 106/24 109/10 109/21 111/13 111/14
numeral [1] 62/1
numerous [1] 42/2
Nurit [2] 24/6 24/8
Nurits [4] 18/3 18/10 23/1 23/19

**O**

Oak [1] 10/24
obey [1] 42/15
object [4] 71/5 102/13 108/18 112/18
objection [29] 24/21 24/23 24/24 38/8 39/12 45/23 52/12 54/12 60/16 66/18 67/12 69/2 75/4 87/5 93/20 95/7 98/15 98/24 99/7 100/6 101/3 101/22 102/23 103/20 107/1 110/11 115/11 116/17 117/4
objections [2] 103/3 103/5
obviously [2] 5/12 75/16
occurred [1] 106/19
occurred -- [1] 106/19
of -- [6] 18/12 23/18 39/21 57/19 59/8 80/16
off [24] 5/2 5/4 8/2 8/4 9/19 30/6 30/7 32/12 32/14 42/23 43/1 68/1 74/2 85/24 91/20 91/21 92/23 99/10 109/2 109/11 110/1 116/20 118/3 118/4
office [2] 10/20 11/2
often [1] 41/20
OGDEN [2] 1/8 51/9
oh [5] 38/12 47/6 50/13 82/14 112/23
okay [135]
old [4] 103/18 103/19 103/23 104/9
older [2] 47/11 47/12
on [198]
on -- [2] 68/19 68/23
Once [2] 3/21 68/20
one [61]
one -- [1] 54/19
one-on-one [1] 12/13
ones [2] 17/6 90/11
online [1] 105/19
only [19] 6/24 11/2 12/14 32/16 36/14 36/22 36/23 40/1 42/7 53/8 60/13 62/22 64/21 78/15 82/22 90/15 94/8 101/5 109/20
only -- [1] 42/7
opening [1] 36/8

**O**

operate [2] 13/10 50/3
operated [1] 104/5
operator [2] 14/7 14/19
opinion [2] 71/5 71/13
opposed [1] 15/13
or -- [6] 12/10 26/16 50/2 50/2 52/15 106/15
order [6] 15/24 34/12 75/10 75/18 83/19 106/23
ordered [2] 34/14 98/22
ordering [2] 34/22 36/16
orders [1] 11/23
original [1] 27/11
originally [1] 56/3
originating [3] 113/15 114/3 114/20
other [37] 4/24 12/11 15/14 17/6 18/5 21/4 21/9 22/8 23/12 27/15 33/5 33/6 37/6 52/19 59/1 59/3 59/9 61/8 62/2 62/17 71/20 85/24 87/11 90/4 90/5 90/11 94/18 98/8 99/19 100/4 101/10 104/15 108/11 111/22 111/22 113/7 116/2
other -- [1] 111/22
others [2] 92/24 113/19
our [8] 22/9 26/3 39/22 39/24 42/3 54/5 70/2 89/10
our -- [1] 89/10
out [53] 4/17 13/2 15/1 16/24 22/6 22/22 23/6 23/13 23/21 23/24 24/3 35/1 35/18 36/6 39/6 42/13 43/7 43/18 48/9 49/1 58/5 58/12 58/15 59/9 74/7 77/17 82/18 82/22 83/7 85/14 92/22 93/3 93/10 94/24 100/12 101/6 101/16 101/20 102/1 102/3 102/5 102/10 102/20 103/14 103/17 104/1 104/23 105/6 107/7 107/13 108/3 108/11 114/14
out -- [1] 58/15
outcome [1] 119/17
outside [1] 39/17
over [13] 11/14 12/7 12/14 35/19 35/19 35/20 45/4 47/10 50/16 66/13 77/17 94/10 110/14
over -- [2] 35/19 35/19
overlap [1] 95/1
override [3] 12/22 13/14 50/14
overrides [1] 18/13
own [5] 14/13 31/18 57/11 103/13 103/18
owned [5] 103/10 103/11 103/15 104/6 104/10
owner [3] 35/13 35/23 49/2
owner's [2] 35/12 59/8
owners [2] 46/5 51/17

**P**

P-o-r-c-h [1] 3/5
package [1] 6/13
page [80]
page -- [3] 30/21 89/3 113/22
pages [19] 45/3 55/4 55/5 55/6 55/8 55/13 55/18 71/23 81/14 89/6 96/11 97/17 98/1 98/2
paid [1] 104/13
Pantry [3] 8/20 9/3 9/5
paper [12] 6/12 7/4 11/23 13/1 15/24 34/13 34/14 34/22 36/16 36/24 60/18 91/6 105/23
papers [1] 41/18

paragraph [2] 30/21 30/24
paragraphs [1] 30/24
parameters [9] 13/3 48/6 57/5 57/18 66/11 74/2 87/12 87/14 110/20
part [3] 39/24 62/3 96/15
part -- [1] 62/3
particular [9] 31/1 41/2 54/16 58/19 80/6 85/5 91/5 92/13 92/24
parties [1] 91/3 91/18 119/15
party [1] 3/24
passed [2] 97/5 97/11
past [1] 99/9
patient [1] 100/15
Paul [2] 48/1 86/20
pay [1] 105/23
people [36] 12/1 12/12 15/21 19/14 20/7 20/8 20/11 21/5 21/11 21/13 21/19 22/1 22/8 26/3 36/23 43/13 44/23 46/5 46/8 48/7 50/23 51/22 52/14 57/7 64/23 69/11 95/12 109/18 111/23 112/14 113/12 113/24 114/2 114/16 114/19 117/2
people's [6] 18/17 25/10 36/19 53/6 62/18 68/22
per [3] 28/5 58/16 95/11
perfect [2] 65/18 112/7
period [3] 12/8 32/5 62/2
person [12] 4/1 18/23 19/15 34/14 35/8 43/15 44/12 45/22 46/2 77/10 86/11 95/15
person's [1] 85/1
personal [7] 25/20 31/19 38/1 49/9 67/1 67/3 73/16
personally [4] 44/2 44/12 73/7 90/7
persons [2] 1/5 45/2
phone [29] 7/22 12/3 12/14 14/4 15/8 15/10 15/15 47/22 48/23 49/3 63/11 63/14 66/10 66/14 67/16 74/5 74/7 76/7 77/16 83/12 107/6 110/19 111/2 111/6 111/7 112/6 113/13 115/14 116/14
phonetic [2] 86/3 86/4
photocopy [1] 27/9
physically [3] 77/14 79/5 80/10
pick [10] 4/23 14/15 63/4 63/12 66/10 74/7 80/12 87/10 87/18 110/19
picking [2] 87/12 110/22
piece [3] 6/11 13/1 60/18
pinpoint [2] 54/1 55/3
Pizza [1] 51/12
PIZZERIA [23] 1/8 2/8 51/9 56/16 58/20 72/17 77/13 81/24 83/24 84/11 92/19 93/10 93/17 94/4 103/10 103/13 105/3 105/7 105/21 115/8 115/9 116/15 117/2
place [4] 8/19 48/19 49/19 119/12
Plaintiff [1] 1/6 2/4
Plaintiff's [1] 28/1
Plaintiffs [1] 31/8
please [26] 3/3 4/16 4/23 5/7 5/13 30/2 32/18 57/7 62/13 62/22 64/20 72/22 72/24 73/23 74/9 74/18 74/21 76/21 76/23 77/20 82/8 91/20 99/18 100/20 109/3 110/12
please -- [1] 82/8
plenty [1] 41/13
plug [1] 108/3
plus [1] 9/24
point [23] 7/5 11/11 12/23 16/7 17/23 20/18 31/2 35/7 35/10 35/22

39/13 42/15 49/1 44/24 45/5 78/18 78/21 79/3 80/7 85/13 94/15 112/17 113/20
point -- [1] 113/20
PORCH [33] 1/11 1/13 2/12 2/16 3/5 3/7 3/11 3/16 8/6 14/19 27/8 28/3 28/5 28/7 29/21 29/24 30/1 31/6 46/11 53/16 53/21 64/4 67/8 80/21 81/2 87/2 88/6 90/19 91/13 92/4 92/7 94/13 119/6
Porch's [2] 31/11 91/24
portion [14] 56/23 56/24 57/3 57/15 57/19 59/5 60/6 62/8 70/23 81/20 82/4 82/4 84/14 98/1
portions [2] 57/11 61/15 71/23
position [5] 11/4 41/10 11/13 13/22 14/1
possibility [2] 67/18 98/12
possible [2] 67/8 106/10
possibly [1] 55/24
potentially [2] 47/13 70/10
practice [1] 111/18
prefer [2] 28/4 91/10
preference [1] 28/2
preference -- [1] 28/2
prepare [1] 110/7
present [3] 2/1 40/22 41/15
press [2] 86/21 87/8
pretty [6] 11/15 20/6 22/10 43/22 51/5 95/14
previous [3] 16/16 70/24 85/21
previously [1] 119/12
print [6] 44/4 58/5 58/12 82/18 82/22 83/6
printed [2] 71/19 97/24
printout [1] 85/19
printouts [1] 98/11
prints [2] 22/22 58/15
prior [5] 6/7 7/16 29/2 30/9 69/2
probably [3] 21/22 61/20 75/17
problem [2] 83/13 106/5
problems [8] 49/6 49/15 49/18 76/11 87/22 100/23 101/14 111/24
Procedure [2] 1/15 3/9
process [5] 16/12 16/13 42/18 42/20 109/12
process -- [1] 16/12
processed [1] 16/15
processing [14] 16/18 16/19 17/2 17/8 17/12 24/17 47/13 47/18 48/15 59/11 66/5 67/20 80/5 90/2
processor [1] 16/4 16/5 16/11
produce [3] 30/14 30/20 30/21
product [1] 106/14
production [1] 30/16
program [26] 12/21 13/8 13/11 24/14 25/15 25/17 32/12 32/13 32/16 32/17 36/15 36/19 37/4 37/5 50/8 58/5 63/4 63/12 78/15 84/3 88/16 103/16 103/17 104/22 106/22 107/9
program -- [2] 63/12 103/16
programmed [2] 26/3 26/20
programming [12] 12/20 13/2 25/21 26/16 49/20 50/7
programs [1] 37/6
property [1] 103/12
protect [1] 68/14
protecting [1] 7/3
provide [2] 17/20 100/4
provided [5] 18/15 18/22 26/6 61/11

## P

provided... [1] 81/15
providing [1] 109/5
pull [1] 59/19
purchased [1] 60/14
purposes [4] 31/5 47/14 47/18
48/13
pursuant [1] 1/14
push [10] 12/24 13/9 25/12 46/23
63/4 63/10 66/7 96/18 111/6 112/23
pushed [1] 107/16
put [31] 24/14 25/15 34/15 35/15
37/3 39/13 39/22 43/17 44/1 44/5
44/13 45/9 45/16 46/11 46/14 51/1
55/22 61/19 63/21 64/14 65/9 68/10
68/16 68/21 68/23 69/18 70/11 78/14
102/4 107/16 111/11
put -- [1] 61/19
putting [1] 25/10

## Q

quality [1] 71/22
question [16] 4/10 4/11 4/12 4/13
5/8 5/10 9/16 16/9 25/1 25/5 26/23
36/3 54/2 68/2 69/3 117/9
questions [14] 4/16 19/13 24/3 53/6
54/23 83/20 90/17 90/12 90/20 94/9
95/18 95/21 95/23 100/17
queue [2] 11/24 76/5
quickly [2] 55/21 71/11
quit [1] 37/11
quite [5] 14/9 39/20 39/24 54/12
69/11

## R

rates [1] 12/1
reach [6] 14/3 45/20 46/15 46/17
49/2 77/14
reached [3] 45/12 47/5 48/17
read [4] 25/4 25/6 62/19 115/3
reading [4] 62/17 87/16 87/17 101/6
reads [1] 22/22
ready [5] 47/6 78/16 102/4 102/6
108/2
real [1] 40/2
really [5] 15/7 15/20 15/23 37/12
67/14
really -- [1] 15/7
reason [3] 49/22 104/9 110/22
recall [44] 9/21 10/4 15/4 17/2 17/7
18/1 18/5 18/7 18/9 20/13 22/7 32/4
32/6 32/16 38/22 40/6 41/5 41/6
41/15 41/16 41/20 42/1 42/6 43/8
45/1 45/18 46/1 46/4 51/18 51/19
52/3 52/9 52/17 52/18 52/21 52/23
56/6 60/9 60/10 80/7 90/3 100/9
113/8 117/20
recall -- [1] 52/17
receipt [2] 22/22 42/8
receipts [1] 38/18
received [8] 6/10 28/11 28/20 70/14
79/13 92/10 104/6 104/8
recess [2] 69/2 90/16
recognize [3] 27/13 56/19 56/20
recollection [12] 39/5 43/12 56/14
65/22 70/7 70/13 90/7 93/16 95/19
95/22 101/1 117/14
recollection -- [1] 56/14
Reconciling [1] 11/23
record [20] 3/3 3/6 5/2 5/4 8/2 8/4

25/6 30/6 30/7 51/5 53/21 54/13 64/1
91/20 91/21 91/23 100/18 103/2
118/3 118/4
recorded [2] 102/10 119/8
records [3] 29/12 29/13 102/8
redownloaded [1] 34/15
reduced [1] 119/8
redundant [2] 13/21 64/1
refer [2] 48/9 55/17
referring [9] 32/22 40/5 50/17 55/19
57/19 81/13 88/14 92/10 93/12
reflect [2] 3/6 45/21
reflected [4] 43/14 96/9 102/12
102/22
reflects [1] 65/10
refresh [1] 93/16
refused [1] 109/8
regard [4] 43/10 50/5 81/24 93/17
regarding [38] 30/15 31/15 38/17
41/11 41/18 41/21 44/17 44/21 46/6
49/5 50/11 51/7 52/4 52/10 53/1
65/24 67/10 67/20 68/4 69/16 70/6
70/14 74/20 74/24 76/11 79/20 79/24
80/6 84/11 89/7 90/2 92/10 92/11
93/19 94/6 115/9 117/10 117/13
regards [2] 58/20 72/17
regular [1] 103/22
related [1] 119/15
relevant [1] 59/3
remain [2] 23/16 23/17
remarks [1] 108/22
remember [9] 17/5 20/20 32/15
51/14 51/16 52/6 95/23 113/20
117/16
rent [1] 103/14
repair [1] 105/24
repeat [1] 110/12
repeatedly [1] 39/22
repeating [1] 103/2
repetition [1] 43/22
rephrase [2] 4/11 25/3
replace [3] 79/3 104/20 106/18
replaced [6] 42/14 98/19 99/6 106/2
109/1 110/23
replacement [7] 87/24 89/8 89/15
104/11 104/15 105/24 107/13
report [5] 19/10 60/1 60/5 60/6 63/1
reported [3] 19/15 19/18 19/19
reporter [5] 1/17 4/18 29/24 91/8
119/5
reporting [1] 20/1
representative [5] 1/4 11/8 11/18
84/16 95/6
representatives [5] 40/22 94/19
113/8 113/18 113/19
represented [5] 5/15
reprogram [1] 12/21
reprogramming [7] 12/20 26/1 26/8
26/9 26/16 80/11 80/18
request [2] 76/24 99/2
required [1] 42/11
requirement [5] 44/18 45/19 46/7
46/19 115/10
requirements [7] 95/20 96/22 97/2
97/6 113/17 114/5 116/16
reserve [1] 118/2
respect [1] 69/2
respecting [5] 97/7 98/5 112/10
response [1] 45/15
responsibilities [1] 11/21

rest [1] 69/20
restaurant [2] 22/20 76/11
restaurants [1] 23/13
return [2] 77/6 104/9
revamp [1] 106/15
review [5] 29/2 34/19 34/22 54/7
83/16
reviewing [1] 30/3
rider [2] 30/13 31/2
riders [1] 31/16
right [62]
right-hand [5] 55/5 55/12 55/20
62/8 81/14
ring [1] 17/14
rings [1] 76/7
risk [9] 13/22 18/19 20/7 20/12
32/21 113/12 113/17 114/15 114/17
RJV [2] 86/2 88/2
Road [1] 2/3
Robert [2] 86/3 86/4
Rolling [1] 2/4
room [2] 40/20 69/20
ROSENTHAL [1] 2/9
rule [1] 109/16
rules [5] 1/14 3/8 3/9 4/7 42/16
run [4] 16/20 60/1 60/5 111/10
running [2] 21/14 22/17

## S

said [33] 6/12 6/16 7/4 14/14 20/11
24/11 28/11 38/10 41/17 47/6 48/18
48/20 49/15 50/10 50/18 53/4 53/5
56/11 69/11 76/24 87/10 87/14 96/1
100/19 107/10 107/23 109/1 109/6
110/15 113/23 114/2 119/10 119/12
SAITH [1] 118/6
sale [5] 13/10 16/7 17/23 35/20
50/16
sales [5] 14/1 22/18 35/18 35/19
108/4
same [23] 5/9 23/16 23/17 31/22
32/12 37/22 50/1 63/18 70/24 71/6
71/6 71/13 71/20 72/14 85/12 87/5
88/15 89/9 93/23 94/24 95/12 98/2
117/9
sat [1] 84/7
saw [1] 53/3
say [40] 16/5 19/24 24/13 35/9
35/10 35/19 39/1 43/19 46/16 56/15
58/8 63/6 64/3 65/18 73/12 74/3 75/6
77/7 77/8 78/8 87/17 89/18 93/13
93/22 93/24 98/17 102/18 104/14
109/9 109/21 109/23 110/16 111/11
112/1 112/7 112/7 112/13 112/22
112/23 117/1
say -- [2] 35/9 112/7
saying [16] 13/12 24/5 32/24 56/9
57/17 58/22 75/17 77/20 84/10 93/14
95/21 100/11 104/18 107/3 108/1
108/10
says [28] 7/4 30/13 30/19 30/19
44/7 57/7 58/9 62/14 62/19 62/20
62/21 64/4 64/4 64/20 73/4 74/6
74/18 77/15 82/8 82/8 86/19 87/6
87/20 88/16 92/19 105/19 105/20
116/5
school [4] 8/8 8/9 8/12 8/15
screened [2] 15/20
se [1] 95/11
Sears [1] 2/10
second [2] 5/3 47/23

**S**

secure [1] 59/18
see [21] 7/21 22/20 55/13 58/18
59/2 59/4 60/7 61/21 65/20 71/16
72/8 81/5 84/20 86/1 86/24 88/17
92/19 101/6 101/10 105/11 111/21
see -- [1] 55/13
seeing [3] 79/14 93/24 94/7
seems [2] 71/20 84/18
seen [5] 27/18 29/5 30/9 54/2 54/4
sell [4] 18/1 23/14 24/7 26/5
send [16] 66/5 68/16 77/20 80/9
80/10 80/13 82/21 83/12 89/8 103/17
103/23 104/1 104/14 104/21 104/23
107/7
sending [2] 87/24 89/14
sense [3] 4/20 16/21 82/14
sent [28] 41/21 43/18 49/22 56/14
56/15 65/1 67/9 67/19 68/1 68/23
77/4 88/11 88/16 89/17 90/23 92/1
100/9 100/12 101/6 101/15 101/20
101/24 102/3 102/5 102/10 102/20
107/12 108/11
separate [16] 13/18 15/9 15/15
15/16 16/18 21/1 21/3 33/19 47/19
47/21 60/8 68/2 74/20 85/4 102/16
102/19
serial [1] 98/8
service [42] 11/6 11/7 11/15 11/17
11/21 11/24 12/3 14/5 15/2 15/6 15/8
15/17 15/19 20/5 20/6 21/2 21/3
21/21 22/2 26/6 33/1 33/22 36/23
38/6 38/10 38/12 40/21 49/17 76/5
84/15 86/11 95/6 105/19 105/24
112/17 113/8 113/12 113/18 113/19
114/7 114/15 114/17
service -- [1] 114/17
services [9] 16/6 17/21 18/15 18/22
49/10 60/13 61/12 104/6 109/5
set [9] 27/3 53/19 54/14 80/20 91/16
92/1 92/8 115/8 119/18
setting [1] 115/5
several [2] 45/3 95/21
severence [1] 6/13
SH [2] 53/23 81/12
she [7] 4/18 19/7 19/20 51/2 51/3
84/21 95/11
sheet [3] 13/15 13/19 110/14
shipped [5] 102/6 107/20 107/21
107/24 107/24
short [2] 57/18 90/13
shortening [1] 38/17
Shorthand [2] 1/16 119/4
should [4] 6/17 27/4 56/15 106/3
show [10] 27/10 33/10 33/11 40/1
60/4 62/23 64/22 68/10 78/16 109/20
showing [3] 42/21 111/12 111/13
shows [1] 105/18
SHURLAND [1] 1/3
shut [6] 42/23 43/1 99/10 109/2
109/11 110/1
sic [1] 85/8
side [4] 21/4 22/21 87/11 89/21
sign [5] 7/4 42/3 50/11 108/24 113/6
signature [1] 73/5 118/2
signed [2] 6/11 79/15
similar [1] 93/22
similarly-situated [1] 1/5
since [1] 53/1
sir [5] 3/2 66/22 99/21 107/4 115/22

sit [12] 65/21 66/16 66/24 71/8
73/15 75/12 79/11 79/12 80/3 93/5
94/4 117/14
sitting [1] 14/22
six [2] 21/23 39/1
slap [1] 104/21
slightly [1] 13/21
smiley [2] 51/3 82/9
SMITH [1] 2/5
so [101]
so -- [2] 4/2 32/16
software [4] 24/8 37/20 37/21 110/8
sold [8] 17/23 18/9 23/9 23/19 26/13
26/20 60/24 61/4
some [4] 4/6 18/19 18/20 20/11
26/24 49/6 54/1 55/4 71/3 80/14
84/24 85/24 95/6 97/4 104/24 110/22
116/2
somebody [26] 13/13 14/17 34/5
34/17 34/23 45/13 46/17 47/5 48/17
69/15 73/12 73/13 73/14 73/17 74/8
74/13 76/10 76/16 77/12 77/13 78/6
79/5 89/11 112/5 117/13 117/20
somebody -- [1] 77/12
somebody's [1] 73/5
somehow [2] 24/18 113/3
someone [8] 12/22 14/3 24/11 73/8
75/23 88/10 109/6 117/15
something [28] 12/23 13/14 22/21
22/22 23/14 33/19 37/1 38/5 44/2
46/10 47/1 47/12 48/14 50/8 56/3
59/21 66/2 66/3 70/11 70/12 78/2
78/3 79/5 82/24 83/9 84/14 88/10
115/17
something -- [2] 66/2 83/9
sometime [2] 41/7 96/24
sometimes [2] 5/6 85/8
SONNENSCHEIN [1] 2/9
soon [1] 7/20
sorry [9] 32/15 35/9 37/23 38/14
57/9 66/20 77/19 96/1 106/6
sort [10] 13/6 18/14 25/21 26/8
36/14 61/1 70/12 76/20 80/15 84/24
sounds [2] 64/1 88/9
South [1] 2/11
speak [2] 6/9 114/8
speaking [7] 16/2 35/5 54/1 54/21
70/3 83/23 104/17
specific [5] 60/5 65/22 83/20 84/16
98/9
specifically [7] 51/7 52/9 54/21
63/13 63/15 92/7 117/15
specifically -- [1] 63/13
specified [1] 119/13
speculating [1] 117/17
speculation [1] 75/4
speculative [1] 67/12
spell [2] 3/3 18/4
spiel [1] 39/24
spilled [1] 88/10
spoke [3] 6/24 52/14 87/23
spoken [6] 6/3 6/6 52/21 52/24
67/21 69/15
spreadsheets [1] 33/6
SS [1] 119/1
stamp [1] 81/11
stamped [1] 81/12
standing [1] 77/10
start [4] 26/24 41/4 48/19 54/20
started [7] 10/7 11/5 20/22 21/14

22/3 33/9 98/2
starting [1] 53/22 115/3
state [4] 1/17 3/2 119/1 119/5
stated [8] 10/8 37/8 39/3 43/24
46/10 70/7 103/6 117/11
statement [8] 37/4 43/17 44/13 54/4
56/11 56/13 56/15 105/12
statements [10] 11/23 12/10 34/10
36/18 43/18 44/2 44/4 54/5 55/1
105/14
STATES [1] 1/1
stating [2] 40/6 87/21
station [3] 8/21 9/13 37/10
statute [13] 38/17 38/21 39/6 39/11
39/14 39/18 40/4 40/7 40/11 40/23
42/11 43/12 48/19
stay [1] 111/2
stenographically [1] 119/8
step [2] 46/19 46/21
steps [2] 76/3 111/16
stick [1] 88/11
sticky [4] 87/22 89/7 101/15 101/21
sticky-note-happy [1] 51/2
still [5] 37/16 64/3 97/13 97/15
111/13
stopped [1] 104/7
store [1] 108/14
straight [2] 27/23 115/19
street [1] 8/20
strictly [1] 59/4
strike [5] 32/8 37/23 45/17 71/4
79/20
structure [1] 105/19
stuff [2] 56/21 78/15
subpoena [11] 6/11 6/15 6/16 6/21
27/14 28/11 29/12 29/13 29/14 29/16
53/3
subpoenaed [1] 3/7
successful [2] 111/20 111/22
such [5] 34/14 34/22 43/20 44/10
46/15
suit [1] 119/16
Suite [2] 2/3 2/7
summer [2] 39/10 44/18
Super [3] 8/20 9/2 9/5
supervisor [4] 19/3 19/5 19/7 95/10
support [36] 12/16 15/16 15/19
15/22 20/19 21/1 21/6 21/12 21/14
21/17 26/3 34/1 34/6 34/17 34/23
36/17 37/2 38/9 47/4 47/10 49/1
64/23 73/14 73/17 80/19 82/24 83/4
83/6 86/5 86/7 88/20 88/23 102/2
107/15 114/2 114/7
supposed [3] 42/7 70/5 75/2
sure [18] 10/2 39/22 48/11 50/20
58/11 65/19 66/14 68/15 69/9 69/19
75/9 77/20 78/23 90/15 90/21 95/5
107/20 112/13
swipe [1] 22/21
sworn [3] 3/1 3/13 119/6

**T**

tag [1] 104/21
take [18] 4/18 5/12 20/7 24/15
28/23 47/10 68/20 69/21 71/1 71/15
75/1 79/3 90/13 91/4 97/21 108/3
111/15 111/16
taken [5] 1/15 3/8 69/23 84/1 90/17
taking [1] 1/15
talk [14] 36/21 36/23 36/24 54/10
55/7 55/8 56/22 66/8 70/19 91/11

**T**

**talk... [4]** 116/24 117/1 117/2 117/3
**talk -- [1]** 117/3
**talked [20]** 6/20 18/12 45/21 51/22 52/13 53/5 60/20 65/11 65/14 65/22 67/23 68/9 69/18 70/10 85/1 109/6 115/9 116/18 116/19 117/22
**talking [12]** 35/10 62/1 70/3 73/13 74/17 76/19 84/2 86/6 107/11 108/23 117/15 117/20
**team [1]** 22/9
**tech [3]** 21/14 82/24 114/7
**technical [40]** 12/16 12/18 13/6 15/16 15/19 15/22 20/19 20/24 21/6 21/11 21/17 26/3 34/1 34/5 34/13 34/17 34/23 36/17 37/2 38/9 47/4 47/8 47/9 48/24 64/23 73/14 73/17 80/19 82/21 83/4 83/6 86/5 86/7 88/20 88/23 89/21 95/12 102/2 107/15 114/2
**technical -- [1]** 47/8
**telephone [1]** 116/11
**tell [41]** 7/7 9/18 10/1 10/1 12/24 16/10 17/13 21/9 33/14 33/16 44/19 45/5 45/14 50/20 51/23 52/15 57/4 60/11 60/18 61/4 62/12 66/14 67/15 69/9 72/21 76/13 77/19 80/2 83/21 83/22 86/12 92/23 94/1 100/13 101/5 103/9 106/16 111/23 116/5 117/16 117/21
**telling [3]** 69/8 95/20 97/5
**Ten [1]** 7/15
**tender [1]** 94/10
**term [1]** 57/23
**terminal [59]** 13/2 17/21 17/22 22/13 23/17 26/2 26/6 26/7 26/8 26/11 26/14 26/20 35/1 47/12 47/24 48/3 48/4 57/5 57/17 58/9 58/23 60/15 60/22 61/1 61/12 80/10 80/12 83/3 87/21 87/24 88/11 88/16 89/8 89/15 89/22 98/6 98/6 99/3 99/5 100/4 101/15 101/15 101/20 101/24 102/5 102/10 103/11 103/15 103/17 103/18 103/19 104/5 104/7 104/8 104/9 105/24 106/2 106/3 110/15
**terminals [13]** 12/20 12/21 13/7 13/7 17/21 17/24 23/5 26/4 80/11 80/14 96/13 98/13 100/5
**terms [2]** 10/16 95/2
**Terrace [1]** 10/24
**Terry [1]** 21/8
**test [2]** 111/10 111/11
**testified [1]** 3/13
**testify [1]** 119/7
**testimony [1]** 119/11
**than [9]** 12/11 41/10 41/24 59/9 94/23 102/16 102/19 102/21 108/11
**thank [3]** 66/21 106/21 117/23
**thanks [11]** 36/7 62/22 64/21 73/1 73/24 74/19 82/9 89/5 100/21 115/4 117/24
**that [487]**
**that -- [3]** 60/9 73/13 104/18
**that's [10]** 4/15 36/11 39/8 53/6 53/7 75/5 86/8 86/17 105/17 106/7
**That's -- [1]** 39/8
**the -- [10]** 10/5 41/1 41/17 43/18 55/5 63/10 63/10 68/10 96/13 107/16
**their [51]** 12/1 12/10 13/2 13/3 16/13 21/9 22/7 22/18 23/15 24/14

**their -- [1]** 59/10
**their -- Strike [1]** 79/20
**them [67]**
**them -- [1]** 112/3
**themselves [3]** 46/23 55/23 68/14
**then [53]** 9/12 19/24 26/15 30/13 30/18 30/22 36/17 37/2 39/10 44/15 45/8 47/7 47/9 48/22 52/8 54/10 54/14 54/22 55/23 59/22 59/23 62/13 63/3 64/4 64/9 64/12 66/8 66/10 68/10 68/13 70/18 71/2 73/5 74/19 76/7 78/1 81/11 82/9 82/21 83/22 84/22 85/1 85/6 87/19 88/1 88/15 91/17 107/20 110/6 110/16 111/9 111/15 115/15
**then -- [2]** 64/12 88/15
**there [127]**
**there -- [1]** 33/18
**there's [4]** 23/23 27/15 36/23 56/24
**thereafter [2]** 49/16 67/4
**thereof [1]** 119/17
**these [37]** 23/5 27/1 30/23 42/6 50/23 53/6 53/24 54/3 55/5 55/12 55/18 55/21 63/16 65/5 68/3 69/14 71/23 74/22 75/13 81/14 81/16 82/19 82/22 83/18 84/10 86/13 87/17 90/11 95/20 96/8 96/10 97/1 98/11 101/2 109/5 113/7 113/24
**they [175]**
**they -- [1]** 97/14
**They'd [1]** 109/23
**thing [7]** 6/24 18/14 34/13 40/2 66/13 76/8 76/20
**things [1]** 13/9
**think [20]** 10/11 15/22 27/1 41/3 50/10 50/18 56/9 61/20 64/17 75/17 77/3 82/8 82/13 85/24 88/14 91/2 91/10 95/14 96/1 100/15
**this [175]**
**THOMAS [1]** 2/10
**those [30]** 20/12 22/8 23/1 30/2 31/15 41/3 48/12 50/1 62/9 65/20 70/4 73/6 74/1 81/13 81/21 85/19 89/6 89/9 89/10 90/10 94/8 95/23 97/2 97/6 98/1 98/2 107/14 110/4 110/23 113/17
**though [6]** 33/16 60/9 63/16 71/4 71/23 101/16
**thought [1]** 85/13
**three [6]** 32/3 37/9 74/19 74/19 86/21 87/9
**through [33]** 4/6 14/6 20/1 22/18 27/24 30/1 31/1 36/22 40/14 47/16 48/7 50/9 50/9 53/19 53/23 53/24 54/8 54/13 55/10 59/18 60/13 63/3 63/14 70/18 76/3 81/5 81/7 81/12 86/23 87/10 92/24 96/13 100/15
**through -- [1]** 50/9
**time [55]** 4/9 5/13 7/20 11/1 11/14 11/16 12/8 14/24 17/3 17/9 17/11 17/13 19/8 20/18 21/17 22/2 22/3 22/11 26/18 30/5 31/2 32/5 38/23

35/15 43/2 43/18 49/11 49/18 52/9 52/11 57/6 59/6 59/10 59/22 62/15 63/5 63/11 65/12 65/15 65/24 66/3 67/10 67/24 68/21 75/1 77/10 77/16 79/20 79/24 80/9 80/10 83/10 84/1 84/21 101/7 103/14 103/23 105/8 105/12 105/13 108/13 111/6 112/24 114/9
**their -- [1]** 59/10
**times [9]** 3/19 37/9 41/23 80/12 83/5 86/21 87/9 98/13 115/19
**times -- [1]** 41/23
**tips [1]** 82/8
**title [1]** 11/4
**to -- [8]** 13/8 18/23 57/9 77/8 82/17 96/17 97/20 97/23
**to-be-filed-bin [1]** 68/24
**today [20]** 4/7 5/15 24/2 27/22 31/12 64/17 65/21 66/16 66/24 71/8 73/15 75/12 79/11 79/22 80/3 93/5 94/4 95/18 108/22 117/14
**today -- [1]** 71/8
**today's [5]** 5/22 6/4 6/7 29/3 30/10
**told [13]** 6/15 20/24 40/7 40/10 40/22 42/10 42/24 46/17 86/23 97/12 99/12 109/14 113/24
**Tom [1]** 48/1
**too [4]** 39/13 50/10 50/12 51/4
**took [2]** 70/2 101/11
**tool [1]** 35/21
**top [6]** 9/19 30/13 40/13 62/18 63/22 98/1
**totally [1]** 80/19
**touch [1]** 46/6
**towards [2]** 18/6 92/18
**Tower [2]** 2/10 10/22
**towers [2]** 37/13 37/14
**Tracy [10]** 6/19 6/20 16/16 18/21 19/13 19/19 28/15 29/6 40/13 40/19
**transaction [2]** 87/22 111/10
**transactions [3]** 16/13 16/20 18/18
**transcript [2]** 119/10 119/11
**transfer [3]** 47/7 47/9 47/17
**transferred [1]** 15/19
**Translink [76]**
**Translink -- [1]** 57/15
**Translink's [3]** 15/2 43/11 113/2
**transmission [3]** 72/8 72/11 116/2
**tried [7]** 22/6 45/19 46/7 46/14 75/3 86/21 87/9
**true [2]** 26/18 119/10
**truncate [32]** 42/4 42/14 44/1 45/14 46/18 47/6 49/12 49/12 57/7 62/15 62/22 64/20 67/3 67/24 72/24 73/23 74/9 74/18 74/21 76/21 76/23 77/21 78/22 96/12 100/20 106/23 108/24 109/2 109/7 109/8 109/14 109/19
**truncate -- [1]** 49/12
**truncated [14]** 39/23 42/16 42/22 43/20 44/8 46/24 50/23 65/8 76/2 101/7 107/22 109/4 109/8 112/24
**truncating [19]** 45/22 47/14 47/19 48/14 48/20 49/5 50/6 50/20 52/4 52/10 65/12 65/15 65/24 66/3 67/10 67/21 68/4 79/20 79/24
**truncation [41]** 40/15 43/16 44/16 44/17 44/22 45/7 46/6 50/15 68/15 69/16 70/6 73/4 73/10 75/2 76/11 78/10 79/2 92/11 93/19 94/6 94/22 95/20 96/9 96/15 96/18 98/22 100/24 101/18 108/8 108/23 111/19 112/11 112/16 113/5 113/16 114/4 115/6 115/8 115/10 116/15 117/13

## T

**Trust [1]** 24/3
**truth [1]** 119/7
**try [7]** 4/23 5/9 86/22 110/20 111/11 111/16 112/6
**trying [4]** 32/15 39/16 87/18 108/16
**twice [3]** 63/19 63/20 68/9
**two [16]** 14/15 21/13 21/18 22/6 29/10 30/18 46/4 46/5 63/17 71/12 74/22 74/23 89/6 98/2 98/11 98/12
**type [9]** 26/10 47/24 57/21 58/8 58/9 58/23 59/10 97/18 98/6
**types [2]** 23/22 80/14
**types -- [1]** 23/22
**typewriting [1]** 119/9
**typewritten [12]** 56/23 57/2 57/2 57/15 57/19 59/5 60/5 70/23 71/2 72/13 81/20 82/4
**typewritten -- [1]** 57/2

## U

**uh-huh [4]** 4/22 23/11 72/2 112/4
**uh-uh [1]** 4/22
**ultimately [1]** 95/6
**unable [1]** 46/5
**under [5]** 31/15 58/9 72/5 72/6 105/19
**underneath [2]** 72/23 73/9
**understand [3]** 4/9 4/19 58/11
**understanding [14]** 13/13 13/17 16/15 19/17 24/16 75/13 75/15 78/13 78/19 79/4 88/6 93/9 97/10 115/6
**understood [2]** 4/12 25/2
**unemployed [1]** 8/18
**unemployment [1]** 9/12
**UNITED [1]** 1/1
**unless [1]** 115/8
**until [4]** 5/7 22/3 45/12 45/15
**up [24]** 4/23 14/15 21/15 22/22 32/19 53/9 59/19 59/22 63/4 63/12 66/11 68/8 74/7 76/1 77/14 80/12 87/10 87/12 87/18 110/19 110/23 111/5 115/5 115/8
**update [1]** 42/23
**upload [1]** 78/20
**upper [1]** 57/24
**us [6]** 5/13 49/7 50/4 91/9 103/23 104/14
**use [11]** 16/17 23/15 27/1 27/4 33/10 33/12 43/2 51/3 69/20 99/5 99/11
**used [6]** 17/3 17/12 22/17 33/5 96/13 99/13
**useful [1]** 39/14
**uses [1]** 111/7
**using [2]** 35/1 99/14
**usually [1]** 20/8

## V

**Vandross [3]** 86/3 86/4 88/19
**various [2]** 23/13 95/2
**various -- [2]** 23/13 95/2
**verbal [1]** 4/24
**VeriFone [1]** 23/22
**VeriFones [1]** 109/18
**very [7]** 62/17 72/5 72/5 81/13 83/16 92/17 117/24
**Vince [1]** 87/23
**Volante [2]** 1/16 119/4
**VT [1]** 84/19

## W

**Wacker [1]** 2/11
**wait [2]** 5/7 91/20
**waive [2]** 118/1 118/5
**walked [1]** 5/23
**WANCA [1]** 2/2
**want [15]** 15/22 15/24 36/24 39/16 53/18 54/21 56/18 57/12 62/16 69/4 92/7 97/18 101/16 109/9 118/1
**wanted [7]** 14/3 33/10 34/6 34/24 65/9 105/6 115/19
**warm [1]** 39/17
**was [235]**
**was -- [8]** 9/18 16/3 33/8 34/21 61/5 64/22 96/16 110/15
**wasn't [6]** 75/2 83/11 87/12 101/10 107/21 110/22
**way [29]** 4/19 40/14 52/19 54/11 54/16 57/18 61/7 61/9 64/2 67/15 76/9 76/13 76/14 76/17 80/2 90/4 90/5 94/3 98/17 100/13 104/11 104/18 106/8 106/16 107/9 112/12 112/15 119/15 119/16
**ways [1]** 4/24
**we [97]**
**We'd [1]** 109/21
**we'll [7]** 4/19 26/24 28/5 54/10 57/10 91/23 104/15
**we're [4]** 47/6 57/9 80/21 99/14
**weeks [1]** 22/6
**well [7]** 4/6 7/4 23/9 32/19 48/21 55/3 64/6
**Well -- [1]** 64/6
**went [5]** 8/8 19/12 39/20 39/23 61/5
**were [111]**
**were -- [4]** 16/11 17/10 39/22 97/4
**weren't [5]** 17/12 44/12 45/6 46/14 106/13
**weren't -- [1]** 106/13
**West [2]** 7/11 7/13
**what [118]**
**whatever [2]** 78/20 109/10
**when [89]**
**whenever [1]** 97/5
**where [22]** 5/6 7/6 7/16 8/9 8/19 9/5 10/20 14/22 34/12 34/21 40/21 42/17 61/21 64/24 76/18 83/5 83/18 96/5 100/3 103/22 105/19 109/11
**whereof [1]** 119/18
**Whereupon [8]** 25/6 28/6 29/20 53/15 69/22 81/1 90/16 92/3
**wherever [1]** 14/23
**whether [20]** 60/12 60/14 61/4 65/19 66/12 66/15 69/7 69/9 71/6 71/13 73/16 76/10 79/22 80/3 90/3 93/17 94/4 98/18 101/8 106/14
**which [4]** 28/14 51/19 104/6 113/11
**while [16]** 17/19 18/1 19/3 31/19 32/2 32/10 32/14 38/3 39/21 39/24 55/7 63/11 82/17 86/11 109/4 111/2
**who [23]** 17/12 19/18 20/12 20/18 26/7 26/8 40/10 44/12 48/17 50/24 64/22 73/7 73/19 73/21 77/8 77/9 77/10 86/4 101/10 107/11 107/14 113/7 117/21
**who -- [1]** 73/19
**whole [7]** 11/16 22/10 24/1 27/3 37/13 53/19 89/17
**whom [2]** 6/9 6/18
**whom -- [1]** 6/18
**whose [8]** 6/9 6/20 72/24 73/6 73/9 82/7 82/10 86/2
**why [18]** 16/9 54/6 55/8 62/24 63/17 63/20 65/4 68/8 68/12 69/3 71/4 73/22 74/1 74/16 74/22 75/9 91/7 101/2
**why -- [1]** 74/16
**wide [1]** 12/2
**will [22]** 4/22 5/9 16/9 27/10 29/11 29/14 29/15 29/16 30/20 39/15 48/8 55/4 55/13 74/6 77/20 83/20 87/23 91/12 92/17 94/10 112/20 113/15
**windows [1]** 33/14
**with -- [2]** 12/9 56/4
**withdraw [1]** 16/9
**withdrawn [1]** 31/6
**within [5]** 20/5 33/22 38/24 44/10 72/13
**within -- [1]** 44/10
**without [6]** 35/20 54/23 67/21 94/7 115/17 117/20
**witness [8]** 1/14 2/15 3/1 3/12 54/6 66/18 119/12 119/18
**Witness -- [1]** 54/6
**won't [1]** 79/3
**work [23]** 8/22 9/2 16/12 33/12 38/1 38/3 43/6 63/3 66/7 75/10 75/18 80/14 89/16 99/1 99/2 99/13 101/7 101/13 104/18 108/17 109/19 110/20 111/17
**worked [11]** 20/18 32/12 32/14 57/14 66/12 66/15 86/5 102/22 104/11 107/9 107/20
**working [9]** 8/17 10/19 37/1 37/11 80/8 94/19 102/12 104/7 113/9
**works [1]** 109/23
**world [2]** 65/18 112/7
**would [247]**
**would -- [4]** 26/7 47/7 89/22 100/10
**wouldn't [15]** 12/19 43/6 76/17 76/17 98/20 99/1 99/14 103/13 107/7 107/21 109/14 111/24 112/7 115/16 117/19
**wouldn't -- [2]** 76/17 103/13
**write [4]** 62/24 68/7 69/17 70/9
**writing [2]** 56/20 93/4
**written [6]** 9/19 12/6 12/9 63/19 63/19 64/22
**wrong [3]** 25/7 64/13 77/19
**wrote [10]** 50/24 63/20 64/9 65/4 65/8 69/19 76/1 76/22 85/9 115/24

## Y

**yeah [21]** 14/23 27/15 28/4 30/6 34/15 36/5 37/3 37/17 38/13 53/20 54/7 54/20 56/5 59/9 69/21 71/15 79/15 83/8 84/22 94/21 117/16
**year [4]** 12/7 17/9 32/5 38/24
**years [12]** 4/5 4/8 9/17 9/24 9/24 10/1 10/11 10/12 18/8 21/6 31/23 75/14
**years -- [1]** 9/24
**yes [92]**
**yet [1]** 97/11
**you [757]**
**you -- [16]** 13/21 14/20 16/8 22/20 24/13 33/9 51/24 63/6 71/11 71/14 74/17 75/8 76/22 97/19 99/14 110/12
**you're [2]** 32/24 96/5
**you've [7]** 4/7 4/13 54/2 75/16 88/22 109/21 117/10

**Y**

**young [1]** 22/5
**your [106]**
**your -- [2]** 32/7 39/17
**yours [1]** 21/23
**yourself [1]** 114/12
**yourselves [1]** 68/5
**Ys [1]** 93/12