**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER D. SHURLAND, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 08 CV 2259 |
| BACCI CAFÉ & PIZZERIA ON OGDEN INC., and DOES 1-10, | ) ) ) | Judge Pallmeyer |
| Defendants. | ) ) ) | Mag. Judge Brown |
| _____ | ) ) | |
| BACCI CAFÉ & PIZZERIA ON OGDEN INC., | ) ) ) | |
| Third-Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| NATIONAL TRANSLINK CORP. | ) ) ) | |
| Third-Party Defendant. | ) | |

**DEFENDANT, BACCI CAFÉ & PIZZERIA ON OGDEN INC.'S**
**MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. PRO. 56**

**NOW COMES** Defendant, BACCI CAFÉ & PIZZERIA ON OGDEN, INC., by and through its attorneys and moves this Court for summary judgment in its favor, pursuant to Federal Rule of Civil Procedure 56. In support of the Motion for Summary Judgment, Defendant submits herewith a Local Rule 56.1(a)(3) Statement of Material Undisputed Facts and a Memorandum of Law in Support of its Motion for Summary Judgment as required by Local Rule 56.1(a)(2).

**WHEREFORE**, Defendant, BACCI CAFÉ & PIZZERIA ON OGDEN, INC., prays that this Honorable Court enter an order 1) granting summary judgment in its favor and denying any and all claims against him arising out of this lawsuit; and 2) finding that there is no reason for delay of the enforcement or appeal of its order.

    Respectfully submitted,

By:    /s/ Molly A. Arranz
Attorneys for Defendant
BACCI CAFÉ & PIZZERIA ON OGDEN, INC.

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200

Dated: June 10, 2009